# EXHIBIT 2

# The United States of America

## The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.*

*Michelle K. Lee*

Director of the United States Patent and Trademark Office

US00D783370S

# (12) United States Design Patent
## Su et al.

(10) Patent No.: **US D783,370 S**
(45) Date of Patent: ** **Apr. 11, 2017**

(54) **INFLATABLE BEVERAGE HOLDER**

(71) Applicant: **Covves LLC**, Wilmington, CA (US)

(72) Inventors: **Benson Su**, Rolling Hills, CA (US); **Adam Krepack**, Beverly Hills, CA (US)

(73) Assignee: **Covves LLC**, Wilmington, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/583,660**

(22) Filed: **Nov. 8, 2016**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/537,216, filed on Aug. 24, 2015.

(51) LOC (10) Cl. .................................................. 07-06
(52) U.S. Cl.
    USPC ......................................... D7/619.2; D21/808
(58) **Field of Classification Search**
    USPC ........ D7/619.1–625, 702; D9/600, 601, 607, D9/612; D21/801, 803, 804, 808, D21/438–440
    CPC .... A47G 23/06; A47G 23/0216; A47G 23/00; A47G 23/02; A47G 2200/02; A63H 13/00; A45C 2200/20; A45F 2200/0583; B63C 9/11; A63B 31/10; A63B 31/12; A63B 31/00; A63B 31/08
    See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,404,729 A | * | 7/1946 | Hurt | B63B 35/74 441/130 |
| D163,061 S | * | 4/1951 | Meyer et al. | D21/620 |
| 3,015,406 A | * | 1/1962 | Nolte | A47G 23/06 220/560 |
| D266,754 S | * | 11/1982 | Taylor | D11/159 |
| 4,571,194 A | * | 2/1986 | Kiss | A47G 23/0216 441/1 |
| D291,716 S | | 9/1987 | Wolfe | |
| D293,011 S | | 12/1987 | Wolfe | |
| D302,718 S | * | 8/1989 | Wolfe | D21/620 |
| D302,995 S | * | 8/1989 | Wolfe | D21/808 |
| D302,996 S | * | 8/1989 | Wolfe | D21/808 |
| D306,633 S | | 3/1990 | Wolfe | |
| 6,029,845 A | | 2/2000 | Mueller | |
| D469,317 S | * | 1/2003 | Doerr | D7/624.2 |
| D472,944 S | * | 4/2003 | Jacobs | D21/576 |
| 6,607,090 B1 | * | 8/2003 | Doerr | A47G 23/0216 220/560 |
| 6,616,493 B2 | * | 9/2003 | Powell | A45F 5/02 206/427 |
| 7,195,132 B1 | * | 3/2007 | Balam | A47G 23/02 220/560 |
| 7,662,015 B2 | | 2/2010 | Hui | |
| D639,117 S | * | 6/2011 | Jonsson | D7/624.2 |
| D669,544 S | | 10/2012 | Hornsby et al. | |
| 2003/0077958 A1 | | 4/2003 | Powell et al. | |
| 2012/0228175 A1 | | 9/2012 | Ressel et al. | |

* cited by examiner

Primary Examiner — Terry Wallace
(74) Attorney, Agent, or Firm — Dunlap Bennett & Ludwig PLLC

(57) **CLAIM**

The ornamental design for an inflatable beverage holder, as shown.

### DESCRIPTION

FIG. 1 is a perspective view of an inflatable beverage holder;
FIG. 2 is a right elevation view thereof;
FIG. 3 is a top plan view thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a front elevation view thereof; and,
FIG. 6 is a rear elevation view thereof.

**1 Claim, 3 Drawing Sheets**



U.S. Patent    Apr. 11, 2017    Sheet 1 of 3    US D783,370 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4




FIG. 5              FIG. 6