# EXHIBIT 3

# D617 Map to BigMouth Giant Unicorn Float


FIG.1



# D370 Map to BigMouth Giant Unicorn Float



FIG. 1



# D617 Map to BigMouth Giant Sparkly Unicorn Pool Float



FIG.1



# D370 Map to BigMouth Giant Sparkly Unicorn Pool Float



FIG. 1



# D617 Map to BigMouth Sparkles The Unicorn Lil' Float



FIG.1



# D370 Map to BigMouth Sparkles The Unicorn Lil' Float




# D617 Map to BigMouth Unicorn Beverage Boats



FIG.1



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 1



# D370 Map to BigMouth Unicorn Beverage Boats


FIG. 2



# D370 Map to BigMouth Unicorn Beverage Boats




# D370 Map to BigMouth Unicorn Beverage Boats




D370 Map to BigMouth Unicorn Beverage Boats




FIG. 5

# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 6

