# EXHIBIT 4



Ricky Brown <ricky@smcarthurlaw.com>

## Notice of Improper Removal of BigMouth Product

**Nickerson, Morgan T.** <Morgan.Nickerson@klgates.com>  Thu, Mar 22, 2018 at 2:04 PM
To: Stephen McArthur <stephen@smcarthurlaw.com>
Cc: "ricky@smcarthurlaw.com" <ricky@smcarthurlaw.com>

OK - you still haven't sent me your notice despite multiple requests. I'll take that as you admitting that you do not have it. That and your unwillingness to resubmit and actually keep a record demonstrates your bad faith. Again, please let me know today whether your client will retract. If not, my client will act accordingly.

Thanks,

Morgan

**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 4:51 PM
**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product

Morgan, it's as if you're not reading written in this chain. Amazon has a record of the complaint. They emailed it below, in writing. Notice how they never say the words "DMCA". We've told you countless times exactly what the complaint was. In fact, you can test it out right now to see if it truly is a DMCA complaint. Send Amazon a DMCA counternotice right now pursuant to 512(g). If it truly was a DMCA complaint (despite all the evidence in this email chain to the contrary), then Amazon will be required, by law, to "cease disabling access" the material. Godspeed, Morgan.

Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Thu, Mar 22, 2018 at 1:40 PM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

Please send me a copy of your complaint to Amazon.  I asked three times now and you have refused.  Do you even have a record of what you sent?  If not and you cannot confirm or prove what you sent, I suggest you retract the current complaint, submitting a patent complaint that you have a record of, and us going from there.  That seems to be a reasonable thing to do if you truly submitted a patent complaint.  If you refuse to do this and have no copy of what you sent to Amazon, I will inform my client that Amazon's account of what was submitted is likely the truth.


Thanks,

Morgan


**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 4:14 PM

**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product


You have no good faith belief. Show me anywhere in writing where Amazon has said it was a DMCA takedown.  Ask Amazon to send you the DMCA notice we supposedly filled out if you really think it exists. They can't, because we never did, and you won't ask them because you know we didn't fill out a DMCA takedown. In addition, you have us here in writing numerous times saying here that there was never a DMCA takedown, that it was based on a design patent, even sending you the design patent, and then showing you exactly how the complaint was filled out for the design patent. Even the sole email you forwarded from Amazon about our complaint does not say it is a DMCA complaint or a copyright complaint. You have literally zero evidence that anything was a DMCA complaint and zero good faith belief.


"*This seems to be a pattern with your client as the same thing occurred to P&P in the attached*."

What are you talking about? Did you read the complaint? It's about design patent infringement. Nothing in there is about the DMCA.


And I'm not sure why you believe personally threatening other attorneys with lawsuits against them personally is a good first step to resolving a complaint. At this point, you're just sending harassing, baseless threats in the hope that Covves will retract a legitimate design patent complaint. You have no good faith belief at all, and attempting to assert your frivolous and unreasonable "belief" in court would likely be sanctionable conduct. And you've still not given even a single reason as to why Covves should retract other than frivolous personal threats against Covves' attorneys. If you want to continue this conversation, you need to pass this on to a different attorney at your firm. I'm done dealing with you and your inappropriate personal threats against us.


Best regards,

Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product,*

*or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Thu, Mar 22, 2018 at 12:46 PM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

Please let me know today whether you will retract. This seems to be a pattern with your client as the same thing occurred to P&P in the attached. Also, given Amazon's statement and your refusal to send what was sent (or your lack of any record of what you submitted), I believe there is a good faith basis to assert claims against attorney Brown personally, McArther Law, and Covves LLC for 512f violations. If you can provide me what you sent Amazon and it shows otherwise, I will so inform my client.

I look forward to receiving confirmation that your client will retract or evidence that you did not send a DMCA complaint to Amazon.

Thank you,

Morgan

**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 3:36 PM

**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product

Sounds like you're talking to a low level non-attorney at Amazon who doesn't know what a DMCA complaint is and probably thinks every IP notice is a "DMCA". Not sure what to tell you. I'd ask to talk to a real lawyer there. We did not fill out a 512 DMCA complaint. And you've not given us any reason to retract. Covves created the unicorn float and the unicorn cupholder and registered the IP to protect it. Your client blatantly copied it and competes with a cloned product. This is exactly what IP is in place to protect against. I'll ask my client if he'd like to retract, but I won't have any reason for him for why he should.

Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

Case 2:18-cv-08518-RGK-AFM   Document 1-4   Filed 10/03/18   Page 5 of 10   Page ID #:48

On Thu, Mar 22, 2018 at 12:27 PM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

Thanks for the advice - can you send me what you sent Amazon because it is standing by its position that this was a DMCA complaint.  If you do not have a record of what was submitted, please let me know.  Lastly, please let me know whether you are going to retract.

**K&L GATES**

**Morgan T. Nickerson**
Partner
K&L Gates LLP
State Street Financial Center
One Lincoln Street

Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com

www.klgates.com


**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 3:14 PM

**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product


Your belief is incorrect. They remove for design patent infringement all the time. I have no idea why they ignore you. Maybe you're sending them letters instead of simply filling out their online form, which they are very responsive to: https://www.amazon.com/report/infringement

Click through, choose "patent conerns" and "design patent" from their drop-down menu. We sent a complaint based on the design patent I sent in my previous email. In the future, I suggest you use that form if you have a patent complaint since that's their official method for contacting Amazon with IP concerns.


Best regards,

Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you*

*received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Thu, Mar 22, 2018 at 12:06 PM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

I know that Amazon will not remove for design patents infringement (I have a hard time getting them to recognize exclusion orders) absent a Court order.  Can you send me whatever communication you sent to Amazon?

**K&L GATES**

**Morgan T. Nickerson**
Partner
K&L Gates LLP
State Street Financial Center
One Lincoln Street

Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com

www.klgates.com

**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 2:01 PM

**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product

Morgan, we represented that we are agents for the rightsholder and that the seller infringes my client's design patents filed in 2015 and 2016, long before your client's copyright date. See attached. Amazon is generally really bad about communicating these complaints correctly to sellers. The complaint was patent related, not DMCA related.

Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all*

*copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Thu, Mar 22, 2018 at 10:55 AM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

No because I called them. Can you forward me what you sent to Amazon? That should clear up the issue if it wasn't a DMCA takedown and you didn't represent to be the rights holder.

**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 1:52 PM
**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product

Morgan, can you send me the correspondence with Amazon where they say we sent a DMCA takedown? I'm not seeing that anywhere in the email you forwarded to me. This concerns us because no DMCA takedown was sent. I want to make sure Amazon is properly communicating what is going on here.

Best regards,

Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Thu, Mar 22, 2018 at 10:35 AM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

Attorney McArthur,

Amazon has informed us that this takedown was in response to a DMCA notice received from ricky@smcarthurlaw.com. In fact, Amazon states that attorney Brown represented to Amazon that he was the rights holder of the IP at issue. If attorney Brown's communication to Amazon was not intended to be a DMCA notice or if he (or your office) is not in fact the rights holder and instead only represents the rights holder, I ask that you clear that up with Amazon immediately.

Nonetheless, attached please find my client's registration and deposit copy as requested. The longer this posting is down, the more money my client loses. While my client is not currently seeking monetary damages, if the retraction

is not made today, my client reserves its right to seek damages for the removal of its product from Amazon.



**Morgan T. Nickerson**
Partner
K&L Gates LLP
State Street Financial Center
One Lincoln Street

Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com

www.klgates.com


**From:** Stephen McArthur [mailto:stephen@smcarthurlaw.com]
**Sent:** Thursday, March 22, 2018 12:19 PM
**To:** Nickerson, Morgan T.
**Cc:** ricky@smcarthurlaw.com
**Subject:** Re: Notice of Improper Removal of BigMouth Product


Morgan, this was not a DMCA takedown, so there cannot be any 512(f) liability. Please send us the copyright registration and the deposit copy showing the exact work that is covered by that registration and we will consider your request.


Best regards,


Stephen Charles McArthur
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Office: (323) 639-4455

Direct: (424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*


On Thu, Mar 22, 2018 at 6:37 AM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

Attorney Brown,


I represent BigMouth Inc. in intellectual property matters. It has come to my attention that you have reported their Unicorn Float for copyright infringement and their product has been removed from Amazon as a result. My client in fact owns a copyright on this product found at registration # VA 2-078-828. As I am sure you are aware, improper removal of a competing product subjects you, your law firm, and your client to liability under 17 USC 512(f). Should it

be discovered that you, your law firm or your client improperly removed this item, my client has the ability to seek its actual damages in the form of lost sales and seek reimbursement of its attorneys' fees for having to do so.

However, my client would prefer to resolve this matter amicably and without the need to litigate the issue.  As such, my client asks that you retract this complaint today to minimize the damage that has been done by following the retraction procedure below.   Kindly let me know today if you intend to retract your complaint.  If I do not hear from you, I will assume that you do not intend to do so.

Sincerely,

Morgan Nickerson



**Morgan T. Nickerson**
Partner
K&L Gates LLP
State Street Financial Center
One Lincoln Street

Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com

www.klgates.com

**From:** "seller-evaluation@amazon.com" <seller-evaluation@amazon.com>

**Subject: Warning: Notice of Intellectual Property Rights Infringement**

**Date:** March 22, 2018 at 2:20:01 AM EDT

**To:** "agiglio@bigmouthinc.com" <agiglio@bigmouthinc.com>

**Cc:** "accounting@bigmouthinc.com" <accounting@bigmouthinc.com>

**Reply-To:** "seller-evaluation+C25LNHG3UJA6TF-T1A1S0Q77QK8QO@amazon.com" <seller-evaluation+C25LNHG3UJA6TF-T1A1S0Q77QK8QO@amazon.com>

Hello,

We are contacting you because we received a report of infringement from the rights owner listed below. Sellers on Amazon.com are not allowed to create listings or detail pages that infringe intellectual property rights. We removed the following content:

ASIN: B078TN3WWM, BigMouth Inc. Inflatable Magical Unicorn Pool Cupholder Floats, 2-pack, Great for Parties and Special Events

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

Ricky Brown
ricky@smcarthurlaw.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com. If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1547092211

Sincerely,

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Morgan.Nickerson@klgates.com.