# EXHIBIT 6



## always fits

KITCHEN + BAR   POOL   SOCKS   TOYS + GAMES   ACCESSORIES   HOME   FOOD   GIFT IDEAS   SALE



### Giant Glitter Magical Unicorn Pool Float

$19.99   $22.00

Installments by afterpay available between $35.00 USD - $1000.00 USD   Learn more

**add to cart**

shipping | about us | ask us a question

Getting a unicorn to chill with you for a day might seem impossible. After all, they're hyperactive from the steady diet of Tootsie Rolls and energy drinks. But once again, we made fantasy a reality by crafting your spirit animal into a 5.5-foot-wide inflatable pool float. Besides the obvious (showering yourself in sugary rainbows) it's designed for big fun at the pool or beach. It's made of durable vinyl that's infused with sparkles, so it looks great while holding up to the relentless summer sun. We sized it just right, too—it won't hog up the entire pool but is big enough to be the center of the action.

- Over 5.5 feet wide!
- Approx. inflated dimensions: 68 x 44 x 44 inches
- Actually sparkles in the sunshine
- Sized right for big fun in any size pool
- Standard air valve
- Great for pool parties, beach days, and vacations
- Easy to wipe down, inflate/deflate, and store

## Customer Reviews

No reviews yet

Write a review

❤ **best sellers** ❤

         

Free shipping on orders over $49

LOGIN | MY DILLARD'S | MY WISH LIST | SHOPPING BAG (0) $0

# Dillard's
### The Style of Your Life.

**ESTEE LAUDER GIFT WITH PURCHASE.** Choose your FREE 7-piece gift with $37.50 Estee Lauder purchase.
Shop Now

SALE AND CLEARANCE | SHOP BY BRAND | LIMITED AVAILABILITY

What are you shopping for?

WOMEN | JUNIORS | SHOES | HANDBAGS | ACCESSORIES | LINGERIE | BEAUTY | MEN | KIDS | HOME






## BigMouth Inc.
### Unicorn Pool Float

Item # 05329766

Write a Review

**Permanently Reduced**
Orig. $29.99
Now $17.99

**Color**
Multi

**Quantity**
1

**Permanently Reduced**
Orig. $29.99
Now $17.99



**Add To Bag**

Add To Wish List    Add To Registry



### Description

BigMouth Inc Giant Unicorn Pool Float

- If you thought that summer vacation was going to be all sunshine and rainbows, well, you were right! New from BigMouth Inc, this Giant Unicorn Pool Float was built for a fairytale summer, measuring over 6 feet long from end-to-end. It's sized perfectly for virtually any pool with a 4 foot inner ring so you can lounge, lean, float, drift, and be all sorts of unicornish while keeping cool. Even better, its infused with glitter that shimmers in the sunlight, upping your unicorn game to new all-new levels of awesome. It's a great addition to your pool,

Feedback

LIVE CHAT

FREE shipping with $75 purchase details   FREE store pickup today   REDEEM your Kohl's Cash® now. details

**KOHL'S**   Search   Account   $0.00   Check Out

Shop by Department   ★ My Store: Downey   Kohl's Coupons   Help

Mens  >  Toys  >  Outdoor Play Toys  >  Water Slides & Toys  >  Big Mouth Inc.

## Big Mouth Inc. 3-pack + 1 Bonus Beverage Boats



VIEW LARGER

SALE
**$11.25**
Original $25.00

☆☆☆☆☆ Be the first to write a review

Color: **Unicorn**

○ FREE Store Pickup Today
Corona South 35.7 mi
check other stores

● Ship to Me
Free w/ $75 purchase

Quantity
[ − ] 1 [ + ]    **Add to Cart**

Add To Registry    Add To List    Find In Store

**PRODUCT DETAILS**                                    −

Keep the party afloat with these inflatable beverage boats from Big Mouth Inc..

PRODUCT FEATURES

Customers Who Viewed This Item Also Viewed



Unicorn Powered Site Search

  CHECKOUT

UNIQUE GIFT GUIDE   BEST SELLING   WHAT'S NEW!   KITCHEN + BAR   WORK + DESK   HOME GOODS   BODY   TOYS   FUN TO EAT   SALE

**NO SALES TAX + FREE STANDARD SHIPPING ON ELIGIBLE ORDERS!***

 SUMMER WAREHOUSE SALE   UP TO 80% OFF   FREE SHIPPING OFFER 

Home / Unique Gift Guide / Shop By Theme / Unicorns + Rainbows / Big Mouth Magical Winged Rainbow Unicorn Floating Beverage Boats



SALE

## Big Mouth Magical Winged Rainbow Unicorn Floating Beverage Boats

☆☆☆☆☆ Be the first to review this item

~~$9.99~~   **$5.99**

**(You save $4.00)**

Item Number   POOL-2191

Shop more from   BigMouth, Inc.

Quantity:

∨  1  ∧         ADD TO CART

♡ Add to Wish list

   

Zoom the image with the mouse

 McAfee SECURE

PERPETUALKID.com Rewards

 4.8 ★★★★★ Google Customer Reviews

NO SALES TAX

SIGN IN    CUSTOMER SERVICE

# perpetual kid
entertain your inner child

Unicorn Powered Site Search

  0  CHECKOUT

UNIQUE GIFT GUIDE | BEST SELLING | WHAT'S NEW! | KITCHEN + BAR | WORK + DESK | HOME GOODS | BODY | TOYS | FUN TO EAT | SALE

**NO SALES TAX + FREE STANDARD SHIPPING ON ELIGIBLE ORDERS!***

 SUMMER WAREHOUSE SALE    UP TO 80% OFF    FREE SHIPPING OFFER     see sale items!

Home  /  Unique Gift Guide  /  Shop By Theme  /  Unicorns + Rainbows  /  Big Mouth Giant Sparkly Glitter Unicorn Pool Float



SALE

## Big Mouth Giant Sparkly Glitter Unicorn Pool Float

☆☆☆☆☆ Be the first to review this item

~~$29.99~~  **$17.99**

(You save $12.00)

**Item Number**  POOL-2367

**Shop more from**  BigMouth, Inc.

Quantity:

⌄  1  ⌃     **ADD TO CART**

♡ Add to Wish list

    

Zoom the image with the mouse 🔍

McAfee SECURE    PerpetualKid.com Rewards    4.8 ★★★★★ Google Customer Reviews

Get Discount


   


Take an extra 20% off wear-now finds with code | **SHOPFAST**



Welcome, Sign In       Ship To 🇺🇸       Search       ♡   **0**

DESIGNERS    WOMEN    SHOES & BAGS    JEWELRY & ACCESSORIES    **BEAUTY**    MEN    KIDS    HOME    CLEARANCE    FIND A STORE



## BigMouth Inc.
Giant Unicorn Pool Float

**Limited Inventory**

ⓘ ~~$29.99~~   **$17.99**
(40% Off)   *Clearance*





[ − ]   1   [ + ]

**ADD TO BAG**

🏃 SHOPRUNNER **FREE 2-Day Shipping & Free Returns**
Learn More | Sign In

### Details                                                         ✕

Be the center of attention at any pool party with this glitter-infused pool toy.

- Inflatable
- Wipe clean
- Imported
- Inflated, about 68"W x 44"H x 44"D



Categories ▾  Deals ▾  Trending ▾

Sign in

Free 2-day shipping on eligible items with $35+ orders*

Registries & Lists  Weekly Ad  REDcard  restock  Gift Cards  Find Stores  ♡ 0  ▾ More

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

# Big Mouth Toys Unicorn Pool Float - White

Shop all Big Mouth Toys







$29.99

★★★★½ 49   3 Questions

**Highlights** ⌄
- It's a 6-foot long unicorn pool float
- Great for the pool, beach, lake, or lazy river
- Ultra-durable vinyl construction
- Infused with glitter that shimmers in the sun

1 qty    **Add to cart**

Shipping to 90045
order by 12:00pm tomorrow
Get it by Sat, Aug 18 with free 2-day shipping on $35 orders

Free ship to store
Get it by Tue, Aug 21
at Irvine North ⓘ
In stock at Santa Ana

**Check other stores**

🎁 Registry/List     🎁 GiftNow®

what's GiftNow®?

Help us improve this page

## About this item

**Details**  |  Shipping & returns  |  Q&A (3)  |  What's GiftNow?

If you thought that summer vacation was going to be all sunshine and rainbows, well, you were right! New from BigMouth Inc, this Giant Unicorn Pool Float was built for a fairytale summer, measuring over 6 feet long from end-to-end. It's sized perfectly for virtually any pool with a 4 foot inner ring so you can lounge, lean, float, drift, and be all sorts of unicornish while keeping cool. Even better, its infused with glitter that shimmers in the sunlight, upping your unicorn game to new all-new levels of awesome. It's a great addition to your pool, lake, or beach vacation.

**Material:** PVC

**Dimensions (Overall):** 37 inches (H) x 43 inches (W) x 80 inches (L)






Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

# Big Mouth Toys Unicorn Lil' Float - White

Shop all Big Mouth Toys

## About this item

**Details** | Shipping & returns | Q&A (1) | What's GiftNow?

Sized right for your mini-me, this Lil' Float from BigMouth Inc will make pool time even more magical. For ages 1-3, this Unicorn Lil' Float looks just like the iconic Pool Float that mom and dad use. Simply inflate it and place the child in the comfy seat so they can cool off in the summer sun. It is dual-chambered and rigorously tested for utmost safety without sacrificing any of the cuteness. BigMouth's Lil' Floats hold up to 45 pounds, and feature two openings for your little one's legs.

**Material:** PVC

**Dimensions (Overall):** 24.75 inches (H) x 27 inches (W) x 44.5 inches (L)

---

$14.99

only at ◎ ★★★★½ 31  | 1 Question

### Highlights

- It's a fun, unicorn-shaped pool float for ages 1-3
- Perfect for pool time with your little one
- Holds up to 45 lbs

[1 qty] **Add to cart**

Shipping to **90045**
order by 12:00pm tomorrow
Get it by **Sat, Aug 18** with free 2-day shipping on $35 orders

**Free ship to store**
Get it by **Tue, Aug 21**
at Irvine North ⓘ
**In stock** at Irvine

**Check other stores**

 Registry/List      GiftNow®

what's GiftNow®?

Help us improve this page

