# EXHIBIT 3

# D617 Map to BigMouth Giant Unicorn Float



FIG.1



# D370 Map to BigMouth Giant Unicorn Float



FIG. 1



# D617 Map to BigMouth Giant Sparkly Unicorn Pool Float



FIG.1

# D370 Map to BigMouth Giant Sparkly Unicorn Pool Float



FIG. 1

# D617 Map to BigMouth Sparkles The Unicorn Lil' Float



FIG.1

# D370 Map to BigMouth Sparkles The Unicorn Lil' Float



FIG. 1



# D617 Map to BigMouth Unicorn Beverage Boats



FIG.1



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 1



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 2



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 3



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 4



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 5



# D370 Map to BigMouth Unicorn Beverage Boats



FIG. 6

