# EXHIBIT 4

LOGIN MY DILLARD'S MY WISH LIST SHOPPING BAG (0) $0

# Dillard's
### The Style of Your Life.

**ESTEE LAUDER GIFT WITH PURCHASE.** Choose your FREE 7-piece gift with $37.50 Estee Lauder purchase.
Shop Now

SALE AND CLEARANCE   SHOP BY BRAND   LIMITED AVAILABILITY

What are you shopping for?

WOMEN | JUNIORS | SHOES | HANDBAGS | ACCESSORIES | LINGERIE | BEAUTY | MEN | KIDS | HOME





## BigMouth Inc.
### Unicorn Pool Float

Item # 05329766

Write a Review

**Permanently Reduced**
Orig. $29.99
Now $17.99

**Color**         **Quantity**
Multi              1

**Permanently Reduced**
Orig. $29.99
Now $17.99



**Add To Bag**

 Add To Wish List      Add To Registry



### Description

BigMouth Inc Giant Unicorn Pool Float

- If you thought that summer vacation was going to be all sunshine and rainbows, well, you were right! New from BigMouth Inc, this Giant Unicorn Pool Float was built for a fairytale summer, measuring over 6 feet long from end-to-end. It's sized perfectly for virtually any pool with a 4 foot inner ring so you can lounge, lean, float, drift, and be all sorts of unicornish while keeping cool. Even better, its infused with glitter that shimmers in the sunlight, upping your unicorn game to new all-new levels of awesome. It's a great addition to your pool,

LIVE CHAT

Feedback

FREE shipping with $75 purchase details    FREE store pickup today    REDEEM your Kohl's Cash® now. details

**KOHL'S**     Search

 Account     $0.00     Check Out

☰ Shop by Department    ★ My Store: Downey     Kohl's Coupons    ❓ Help

Mens  >  Toys  >  Outdoor Play Toys  >  Water Slides & Toys  >  Big Mouth Inc.

# Big Mouth Inc. 3-pack + 1 Bonus Beverage Boats



VIEW LARGER

**SALE**
**$11.25**
Original $25.00

☆☆☆☆☆ Be the first to write a review

**Color: Unicorn**

   

○ FREE Store Pickup Today
   Corona South 35.7 mi
   check other stores

● Ship to Me
   Free w/ $75 purchase

**Quantity**

[ − ] 1 [ + ]    **Add to Cart**



 Add To Registry     Add To List     Find In Store

**PRODUCT DETAILS**    −

Keep the party afloat with these inflatable beverage boats from Big Mouth Inc..

**PRODUCT FEATURES**

Customers Who Viewed This Item Also Viewed

 



Saks Off 5th Mobile

https://m.saksoff5th.com/pd.jsp?PRODUCT<>prd_id=845524442483429&site_refer=CSE_GGLPRADS001_OFF&gclid=EAIaIQobChMIicHDn-vZ3QIVmNdkCh0SgABJEAQYAyABEgKl-fD_BwE&gclsrc=a...

Take an extra 20% off wear-now finds with code  |  SHOPFAST



Welcome, Sign In                 Ship To 🇺🇸         🔍 Search         ♡    🛍 0

| DESIGNERS | WOMEN | SHOES & BAGS | JEWELRY & ACCESSORIES | **BEAUTY** | MEN | KIDS | HOME | CLEARANCE | FIND A STORE |





♡

## BigMouth Inc.

Giant Unicorn Pool Float

**Limited Inventory**

ⓘ ~~$29.99~~   **$17.99**

(40% Off)   *Clearance*

[ - ]  [ 1 ]  [ + ]

**ADD TO BAG**

 **FREE 2-Day Shipping & Free Returns**

Learn More | Sign In

### Details                                                           ✕

Be the center of attention at any pool party with this glitter-infused pool toy.

- Inflatable
- Wipe clean
- Imported
- Inflated, about 68"W x 44"H x 44"D

  

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

# Big Mouth Toys Unicorn Lil' Float - White

Shop all Big Mouth Toys






**$14.99**

only at ⊙    ★★★★½ 31    1 Question

**Highlights** ⌄
- It's a fun, unicorn-shaped pool float for ages 1-3
- Perfect for pool time with your little one
- Holds up to 45 lbs

1 qty    **Add to cart**

Shipping to **90045**
order by 12:00pm tomorrow
Get it by **Sat, Aug 18** with free 2-day shipping on $35 orders

Free ship to store
Get it by **Tue, Aug 21**
at Irvine North ⓘ
**In stock** at Irvine

**Check other stores**



🎁 Registry/List     🎀 GiftNow®

what's GiftNow®?

Help us improve this page

## About this item

**Details**  |  Shipping & returns  |  Q&A (1)  |  What's GiftNow?

Sized right for your mini-me, this Lil' Float from BigMouth Inc will make pool time even more magical. For ages 1-3, this Unicorn Lil' Float looks just like the iconic Pool Float that mom and dad use. Simply inflate it and place the child in the comfy seat so they can cool off in the summer sun. It is dual-chambered and rigorously tested for utmost safety without sacrificing any of the cuteness. BigMouth's Lil' Floats hold up to 45 pounds, and feature two openings for your little one's legs.

**Material:** PVC

**Dimensions (Overall):** 24.75 inches (H) x 27 inches (W) x 44.5 inches (L)



https://www.target.com

  

Categories ⌄  Deals ⌄  Trending ⌄

Search

Sign in

Free 2-day shipping on eligible items with $35+ orders*   Registries & Lists   Weekly Ad   REDcard   restock   Gift Cards   Find Stores   ♡ 0   ⌄ More

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

## Big Mouth Toys Unicorn Beverage Boats - White (3pk)

Shop all Big Mouth Toys







$9.99

★★★★★ 3

**Highlights** ⌄

- 3pk of unicorn-shaped beverage boats
- Keeps standard size drinks and cups afloat
- Perfect for pool parties, vacations, and parties

1 qty   Add to cart

Shipping to **90045**
order by 12:00pm tomorrow
**Get it by Sat, Aug 18** with free 2-day shipping on $35 orders

Free order pickup
**Get it today** at Irvine North ⓘ

Check other stores   aisle E24

🎁 Registry/List       GiftNow®

what's GiftNow®?

Help us improve this page

### About this item

**Details**   Shipping & returns   Q&A   What's GiftNow?

If you have ever wanted to have a magical unicorn fetch you a drink on a hot summer day, today is your day. New from the inflatable experts at BigMouth Inc, these unicorn-shaped beverage boats keep your drink afloat while you soak up the summer sun in the pool. Simply open the package, inflate the 3 beverage boats and drop them into the pool. Place any standard size cup or drink inside and voila you're living the dream.

**Material:** PVC

**Dimensions (Overall):** 7 inches (H) x 7 inches (W) x 13.5 inches (L)

  

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

# Big Mouth Toys Unicorn Pool Float - White

Shop all Big Mouth Toys





$29.99

49   3 Questions

**Highlights**
- It's a 6-foot long unicorn pool float
- Great for the pool, beach, lake, or lazy river
- Ultra-durable vinyl construction
- Infused with glitter that shimmers in the sun

1 qty    **Add to cart**

Shipping to 90045
order by 12:00pm tomorrow
Get it by Sat, Aug 18 with free 2-day shipping on $35 orders

Free ship to store
Get it by Tue, Aug 21
at Irvine North
In stock at Santa Ana

**Check other stores**

Registry/List    GiftNow®

what's GiftNow®?

Help us improve this page



## About this item

**Details**   Shipping & returns   Q&A (3)   What's GiftNow?

If you thought that summer vacation was going to be all sunshine and rainbows, well, you were right! New from BigMouth Inc, this Giant Unicorn Pool Float was built for a fairytale summer, measuring over 6 feet long from end-to-end. It's sized perfectly for virtually any pool with a 4 foot inner ring so you can lounge, lean, float, drift, and be all sorts of unicornish while keeping cool. Even better, its infused with glitter that shimmers in the sunlight, upping your unicorn game to new all-new levels of awesome. It's a great addition to your pool, lake, or beach vacation.

**Material:** PVC

**Dimensions (Overall):** 37 inches (H) x 43 inches (W) x 80 inches (L)

# EXPRESS

MEN  WOMEN  JEANS  NEW ARRIVALS  SALE  GIFT CARDS  |  THE EDIT

Search Express  SIGN IN & EARN REWARDS  0

Women / Home & Gifts / Style 01167422



## Bigmouth Inc. Sparkly Unicorn Pool Float

Out of Stock

SOLD OUT

Product Details  +

Shipping and Returns  +



# NORDSTROM

Designer  Women  Men  Kids  Home & Gifts  Beauty  Sale  What's Now

★★★★★ (1)

## Unicorn Pool Float

BIGMOUTH INC

SOLD OUT








FREE SHIPPING ON ORDERS OVER $49 details  PICK UP YOUR ITEMS IN A STORE TODAY!

MEN · WOMEN · KIDS · SHOES · ACCESSORIES · BACKPACKS & BAGS · BRANDS · GIFT CARDS · SALE

Home > Accessories > Room & Home > Inflatables > BIGMOUTH INC. 2 Pack Inflatable Unicorn Beverage Boats

view all BIGMOUTH INC.

**BIGMOUTH INC. 2 Pack Inflatable Unicorn Beverage Boats**

$9.99  $7.97

**50% Off NOW: $3.98**

**ITEM IS OUT OF STOCK**

continue shopping >

Color:  MULTI

Size:   Size Chart

SPECIAL OFFER
50% OFF

ADD TO BAG

DETAILS

item# 323236

Bigmouth Inc. 2 Pack Inflatable Unicorn Beverage Boats. Keeps your drinks close and upright.



FREE Shipping on $49+ Orders
FREE Shipping to Stores

Search Supplies, Gear & Clothing at West Marine

SHOP BY CATEGORY | NEW PRODUCTS | ADVICE & HOW-TO | SALE | OUTLET

Water Sports > Pool & Lake Floats

New



**BIG MOUTH**

Giant Unicorn Pool Float

 No Reviews    Write The First Review

Ask A Question

**$29.99**

Free Shipping to Store

− 1 +    In stock online.

 Add To Cart     Add to My List

 Find In Store

Model # 19276674 | Mfg # BMPF-0065 | UPC # 817742023675