Name and address:

Morgan T. Nickerson
K&L Gates LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111
(617) 261-3100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Covves, LLC

Plaintiff(s),

v.

BigMouth Inc., et al.

Defendant(s),

CASE NUMBER

2:18-cv-08518-RGK-AFM

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Nickerson, Morgan T.
*Applicant's Name (Last Name, First Name & Middle Initial)* *check here if federal government attorney* ☐

K&L Gates LLP
*Firm/Agency Name*

State Street Financial Center
One Lincoln Street
*Street Address*

(617) 261-3100
*Telephone Number*

(617) 261-3175
*Fax Number*

Boston, MA 02111
*City, State, Zip Code*

morgan.nickerson@klgates.com
*E-mail Address*

**I have been retained to represent the following parties:**

Dillards, Express, Kohl's, Nordstrom, Saks & Co., Target ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*
Tilly's, West Marine and Zulilys ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| SJC, Commonwealth of Massachusetts | 11/30/2006 | yes |
| U.S. Court - District of Massachusetts | 3/22/2007 | yes |
| U.S. Court - District of Maine | 06/17/2015 | yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| 3:18-cv-03134-JMC | Epson America Inc v. Curtis International Ltd | 11/29/2018 | yes |
| 1:17-cv-598-LY | Sparefoot, Inc. v. CR Associates, L.P. et al. | 2/27/2018 | yes |
| 0:17-cv-01924-JMC | Nutramax Laboratories Inc v. Nutra Max Labs Inc et | 9/15/2017 | yes |
| 1:17-cv-01730-RDB | Robinson v. BigMouth, Inc. et al | 6/29/2017 | yes |
| 0:17-cv-01260-JMC | Nutramax Laboratories Inc v. Pure Supplements Ltd | 5/25/2017 | yes |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California? ☒ Yes ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above? ☒ Yes ☐ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 4/16/2019

Morgan T. Nickerson
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Blanche, Caitlin
*Designee's Name (Last Name, First Name & Middle Initial)*

K&L Gates LLP
*Firm/Agency Name*

1 Park Plaza, 12th Floor
*Street Address*

Irvine, CA 92614
*City, State, Zip Code*

(650) 798-6700
*Telephone Number*

(650) 798-6701
*Fax Number*

caitlin.blanche@klgates.com
*E-mail Address*

290877
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.**

Dated 4/16/2019

Caitlyn C. Blanche
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

U.S. Court of Appeals for the First Circuit 7/11/2007
Eleventh Circuit Court of Appeals 11/23/2011
SJC, State of Maine 04/15/2015

---

0:17-cv-00129-CMC Epson America, Inc. v. USA111, Inc. 1/25/2017 yes
1:16-cv-03669-AT Muntz et al. v New Audio LLC et al. 7/24/2016 yes
0:16-cv-01255-JMC Nutramax Laboratories Inc et al v. Manna Pro Products LLC et al 5/25/2016 yes




# STATE OF MAINE SUPREME JUDICIAL COURT

## *Certificate of Good Standing*

*I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Morgan T. Nickerson, Esq. (Bar #5525) of Boston, MA, was duly admitted as an Attorney and Counselor at Law in the State of Maine on April 15, 2015, and is presently registered and in good standing as an Active Non-Resident member of the bar.*

*Given under my hand and the Seal of said Court on March 27, 2019.*

*Matthew E. Pollack*
*Executive Clerk*

*Not valid without raised seal.*

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2006** , said Court being the highest Court of Record in said Commonwealth:

**Morgan Twomey Nickerson**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **April** in the year of our Lord **two thousand and nineteen.**

SUMMIS JUSTICIAM NULLI VENDIMUS NULLI NEGABIMUS

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116