UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>v. **Plaintiff(s)**<br><br>DILLARDS, INC., et. al.,<br><br>**Defendant(s).** | CASE NUMBER:<br><br>2:18-cv-8518-RGK-AFM<br><br>NOTICE OF<br>MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for Thursday, October 17, 2019   at  10:00   ☑ a.m. / ☐ p.m.

LOCATION: U.S. District Court, Central District, 350 West 1st Street, 4th Floor, Los Angeles, CA 90012

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: June 17, 2019

Panel Mediator: Erica Bristol
Address: 16133 Ventura Boulevard, 7th Floor
Encino, California 91436
ericab@ebmediate.com
Phone: (818) 753-2326