UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 18-08518-RGK-(AFMx)                                Date:  July 24, 2019

Title     COVVES, LLC v. BigMOUTH INC., ET AL.

Present: The Honorable:  ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Charles McArthur | Morgan T. Nickerson |

**Proceedings:**  HRG: TELEPHONE CONFERENCE

Telephone Conference held re discovery dispute.

|  | :32 |
|---|---|
| **Initials of Preparer** | igb |