# EXHIBIT 4

LOGIN | MY DILLARD'S | MY WISH LIST | SHOPPING BAG (0) $0

# Dillard's
### The Style of Your Life.

**ESTEE LAUDER GIFT WITH PURCHASE.** Choose your FREE 7-piece gift with $37.50 Estee Lauder purchase.
Shop Now

SALE AND CLEARANCE   SHOP BY BRAND   LIMITED AVAILABILITY

What are you shopping for?

WOMEN | JUNIORS | SHOES | HANDBAGS | ACCESSORIES | LINGERIE | BEAUTY | MEN | KIDS | HOME







## BigMouth Inc.
Unicorn Pool Float

Item # 05329766

Write a Review

**Permanently Reduced**
Orig. $29.99
Now $17.99

**Color**
Multi

**Quantity**
1

**Permanently Reduced**
Orig. $29.99
Now $17.99



**Add To Bag**

♡ Add To Wish List          🎁 Add To Registry



### Description

BigMouth Inc Giant Unicorn Pool Float

- If you thought that summer vacation was going to be all sunshine and rainbows, well, you were right! New from BigMouth Inc, this Giant Unicorn Pool Float was built for a fairytale summer, measuring over 6 feet long from end-to-end. It's sized perfectly for virtually any pool with a 4 foot inner ring so you can lounge, lean, float, drift, and be all sorts of unicornish while keeping cool. Even better, its infused with glitter that shimmers in the sunlight, upping your unicorn game to new all-new levels of awesome. It's a great addition to your pool,

Feedback

LIVE CHAT

FREE shipping with $75 purchase details   FREE store pickup today   REDEEM your Kohl's Cash® now. details

 **KOHL'S** Search    Account    $0.00    Check Out

 Shop by Department    ★ My Store: Downey    $ Kohl's Coupons    ? Help

Mens  >  Toys  >  Outdoor Play Toys  >  Water Slides & Toys  >  Big Mouth Inc.

# Big Mouth Inc. 3-pack + 1 Bonus Beverage Boats





**VIEW LARGER**

**SALE**

## $11.25

Original $25.00

☆☆☆☆☆  Be the first to write a review

**Color: Unicorn**

  

○ FREE Store Pickup Today
Corona South 35.7 mi
check other stores

● Ship to Me
Free w/ $75 purchase

**Quantity**

[ − ] 1 [ + ]     **Add to Cart**

Add To Registry    Add To List    Find In Store

**PRODUCT DETAILS**    −

Keep the party afloat with these inflatable beverage boats from Big Mouth Inc..

**PRODUCT FEATURES**

Customers Who Viewed This Item Also Viewed

 



Take an extra 20% off wear-now finds with code | SHOPFAST

Welcome, Sign In          Ship To 🇺🇸          🔍 Search          ♡   🛍 0

**DESIGNERS**   **WOMEN**   **SHOES & BAGS**   **JEWELRY & ACCESSORIES**   **BEAUTY**   **MEN**   **KIDS**   **HOME**   **CLEARANCE**   **FIND A STORE**



♡



# BigMouth Inc.

Giant Unicorn Pool Float

**Limited Inventory**

ⓘ ~~$29.99~~   **$17.99**

(40% Off)   *Clearance*

−   1   +

**ADD TO BAG**

🏃 SHOPRUNNER **FREE 2-Day Shipping & Free Returns**

Learn More  |  Sign In

## Details                                                    ✕

Be the center of attention at any pool party with this glitter-infused pool toy.

- Inflatable
- Wipe clean
- Imported
- Inflated, about 68"W x 44"H x 44"D

  

Categories  Deals  Trending

Search

Sign in

Free 2-day shipping on eligible items with $35+ orders*  Registries & Lists  Weekly Ad  REDcard  restock  Gift Cards  Find Stores  ♡ 0  More

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

# Big Mouth Toys Unicorn Lil' Float - White

Shop all Big Mouth Toys







$14.99

only at ⊙   ★★★★½  31   1 Question

**Highlights** ⌄
- It's a fun, unicorn-shaped pool float for ages 1-3
- Perfect for pool time with your little one
- Holds up to 45 lbs



1 qty    **Add to cart**

Shipping to **90045**
order by 12:00pm tomorrow
Get it by **Sat, Aug 18** with free 2-day shipping on $35 orders

Free ship to store
Get it by **Tue, Aug 21**
at Irvine North ⓘ
**In stock** at Irvine

**Check other stores**

🎁 Registry/List    🎀 GiftNow®

what's GiftNow®?

Help us improve this page



### About this item

**Details**   Shipping & returns   Q&A (1)   What's GiftNow?

Sized right for your mini-me, this Lil' Float from BigMouth Inc will make pool time even more magical. For ages 1-3, this Unicorn Lil' Float looks just like the iconic Pool Float that mom and dad use. Simply inflate it and place the child in the comfy seat so they can cool off in the summer sun. It is dual-chambered and rigorously tested for utmost safety without sacrificing any of the cuteness. BigMouth's Lil' Floats hold up to 45 pounds, and feature two openings for your little one's legs.

**Material:** PVC

**Dimensions (Overall):** 24.75 inches (H) x 27 inches (W) x 44.5 inches (L)

https://www.target.com

 

Categories ⌄   Deals ⌄   Trending ⌄

Search

Sign in

Free 2-day shipping on eligible items with $35+ orders*

Registries & Lists   Weekly Ad   REDcard   restock   Gift Cards   Find Stores   ♡ 0   ⌄ More

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

## Big Mouth Toys Unicorn Beverage Boats - White (3pk)

Shop all Big Mouth Toys







$9.99

★★★★★ 3

**Highlights** ⌄

- 3pk of unicorn-shaped beverage boats
- Keeps standard size drinks and cups afloat
- Perfect for pool parties, vacations, and parties

1 qty ⌄    **Add to cart**

Shipping to **90045**
order by 12:00pm tomorrow
**Get it by Sat, Aug 18** with free 2-day shipping on $35 orders

Free order pickup
**Get it today** at Irvine North ⓘ

Check other stores    aisle E24

🎁 Registry/List    🎀 GiftNow®

what's GiftNow®?

Help us improve this page

### About this item

**Details**   Shipping & returns   Q&A   What's GiftNow?

If you have ever wanted to have a magical unicorn fetch you a drink on a hot summer day, today is your day. New from the inflatable experts at BigMouth Inc, these unicorn-shaped beverage boats keep your drink afloat while you soak up the summer sun in the pool. Simply open the package, inflate the 3 beverage boats and drop them into the pool. Place any standard size cup or drink inside and voila you're living the dream.

**Material:** PVC

**Dimensions (Overall):** 7 inches (H) x 7 inches (W) x 13.5 inches (L)

  

Categories ▾   Deals ▾   Trending ▾

Search

Sign in

Free 2-day shipping on eligible items with $35+ orders*

Registries & Lists   Weekly Ad   REDcard   ⟳ restock   Gift Cards   Find Stores   ♡ 0   ∨ More

Target / Sports & Outdoors / Pools & Water Slides / Floats & Tubes

# Big Mouth Toys Unicorn Pool Float - White

Shop all Big Mouth Toys







**$29.99**

★★★★★ 49   3 Questions

### Highlights ▾

- It's a 6-foot long unicorn pool float
- Great for the pool, beach, lake, or lazy river
- Ultra-durable vinyl construction
- Infused with glitter that shimmers in the sun

1 qty   **Add to cart**

Shipping to **90045**
order by 12:00pm tomorrow
**Get it by Sat, Aug 18** with free 2-day shipping on $35 orders

Free ship to store
**Get it by Tue, Aug 21**
at Irvine North ⓘ
**In stock** at Santa Ana

**Check other stores**

 Registry/List     GiftNow®

what's GiftNow®?

Help us improve this page

## About this item

**Details**   Shipping & returns   Q&A (3)   What's GiftNow?

If you thought that summer vacation was going to be all sunshine and rainbows, well, you were right! New from BigMouth Inc, this Giant Unicorn Pool Float was built for a fairytale summer, measuring over 6 feet long from end-to-end. It's sized perfectly for virtually any pool with a 4 foot inner ring so you can lounge, lean, float, drift, and be all sorts of unicornish while keeping cool. Even better, its infused with glitter that shimmers in the sunlight, upping your unicorn game to new all-new levels of awesome. It's a great addition to your pool, lake, or beach vacation.

**Material:** PVC

**Dimensions (Overall):** 37 inches (H) x 43 inches (W) x 80 inches (L)

Women's Tops 2 For $50! Select Styles. Online Only. LAM Month Sale $200 Off Exclusions Apply. See Details. SHOP WOMEN'S › SHOP MEN'S ›   Free Shipping On Orders $50+ See Details   |   Order Status

# EXPRESS

MEN   WOMEN   JEANS   NEW ARRIVALS   SALE   GIFT CARDS   |   THE EDIT

Search Express      SIGN IN & EARN REWARDS      0

Women / Home & Gifts / Style 01167422



## Bigmouth Inc. Sparkly Unicorn Pool Float

Out of Stock

SOLD OUT

Product Details                                        +

Shipping and Returns                                   +

Free shipping. Free returns. All the time. See details.

# NORDSTROM

Designer   Women   Men   Kids   Home & Gifts   Beauty   Sale   What's Now

★★★★★ (1)

Unicorn Pool Float

BIGMOUTH INC

SOLD OUT





FREE SHIPPING ON ORDERS OVER $49   details

PICK UP YOUR ITEMS IN A STORE TODAY!



search

MEN   WOMEN   KIDS   SHOES   ACCESSORIES   BACKPACKS & BAGS   BRANDS   GIFT CARDS   SALE

Home  >  Accessories  >  Room & Home  >  Inflatables  >  BIGMOUTH INC. 2 Pack Inflatable Unicorn Beverage Boats







view all BIGMOUTH INC.

**BIGMOUTH INC. 2 Pack Inflatable Unicorn Beverage Boats**

~~$9.99~~  ~~$7.97~~

**50% Off NOW: $3.98**

**ITEM IS OUT OF STOCK**

continue shopping >

Color:   MULTI

Size:   Size Chart

**SPECIAL OFFER**
**50% OFF**

**ADD TO BAG**

**DETAILS**

item# 323236

Bigmouth Inc. 2 Pack Inflatable Unicorn Beverage Boats. Keeps your drinks close and upright.


