UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08518-RGK-AFM | Date | October 18, 2019 |
|---|---|---|---|
| Title | *Covves, LLC v. BigMouth Inc., et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Motion to Amend Scheduling Order (DE 106)

On October 14, 2019, Plaintiff Covves, LLC ("Plaintiff") filed a Motion to Amend the Scheduling Order, citing concerns that the current schedule does not allow the parties "any period in which to prepare and submit rebuttal expert reports and depose experts." (Mot. at 1, ECF No. 106.) Plaintiff requests that the Court amend the Scheduling Order as follows: (1) add a November 15, 2019 deadline for production of rebuttal expert reports; (2) add a December 20, 2019 cutoff for expert discovery, including expert depositions; (3) continue the motion-cutoff date from November 1, 2019 to January 31, 2020; and (4) continue the trial date from January 14, 2020 to a later date in accordance with the Court's availability. Plaintiff's Motion—set for hearing on November 18, 2019—includes a request for an expedited ruling.

On October 15, 2019, the Court notified the parties that because Plaintiff had requested an expedited ruling, the Court would deem the filing an *ex parte* application. Defendants Dillard's, Inc., Kohl's Corporation, Saks & Company LLC, Target Brands, Inc., Express, Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, LLC (collectively, "Defendants") filed an Opposition on October 17, 2019. Defendants assert "that the current schedule, while tight, provides each party adequate time for expert discovery, summary judgment filings, and a trial in January (if necessary)." (Opp. at 2, ECF No. 108). Alternatively, Defendants propose a more truncated schedule in which expert discovery would conclude on December 10, 2019.

The expert discovery deadlines in this case are governed not by the Court's Scheduling Order but by Federal Rule of Civil Procedure 26. Rule 26 provides that, absent a stipulation or court order, expert discovery must be disclosed at least 90 days before the date set for trial. Fed. R. Civ. P. 26(2)(D). If, however, "the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C)," the disclosures must be made within 30 days after the other party's disclosure. Fed. R. Civ. P. 26(2)(D)(i).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08518-RGK-AFM | Date | October 18, 2019 |
|---|---|---|---|
| Title | *Covves, LLC v. BigMouth Inc., et al.* | | |

Upon consideration of the parties' arguments, the Court hereby continues the deadline to complete expert discovery to December 10, 2019. **All dates set in the Scheduling Order (DE 68), including the motion cut-off date, remain unchanged**.

**IT IS SO ORDERED.**

: _____

Initials of Preparer      _____