Caitlin C. Blanche
(State Bar No. 254109)
caitlin.blanche@klgates.com
**K&L GATES LLP**
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel: (949) 623-3526
Fax: (949) 253-0902

Christopher Centurelli
Morgan Nickerson
Jeffery S. Patterson
Natasha C. Pereira
(Admitted *pro hac vice*)
**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax:  (617) 261-3175

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>     Plaintiff,<br><br>    v.<br><br>DILLARD'S, INC. a Delaware Corporation;<br>KOHL'S CORPORATION, a Wisconsin Corporation;<br>SAKS & COMPANY LLC., a Delaware Corporation;<br>TARGET BRANDS, INC. a Minnesota Corporation;<br>EXPRESS INC., a Delaware Corporation;<br>TILLY'S, INC. a Delaware Corporation;<br>NORDSTROM, INC., a Washington Corporation;<br>WEST MARINE, INC., a Delaware Corporation,<br>and<br>ZULILY, INC. a Delaware Corporation.<br><br>    Defendants. | Case No. 2:18-cv-08518-GJS<br><br>**DECLARATION OF HASBRO, INC.** |

- 1 -

**DECLARATION OF HASBRO**           **CASE NO. 2:18-CV-08518**

HASBRO-000001

I, Christine Meehan, declare as follows:

1.     I reside at 50 Glenwood Drive, Warwick, RI 02889.

2.     I am a Senior Paralegal at Hasbro, Inc. The below statements herein are based on my personal knowledge.

3.     Hasbro is the owner of the *My Little Pony* brand. The *My Little Pony* brand was first created in or about 1982 and has remained a popular brand in toys, consumer products, and entertainment from the 1980s through to the present day.

4.     In 1983-1984, the company publicly released and sold a collection of "Unicorn Ponies," including "Twilight," "Glory," "Moondancer," and "Sunbeam."

5.     In 1983-1984, the company publicly released and sold a collection of "Rainbow Ponies," including "Parasol," "Moonstone," "Skydancer," "Sunlight," "Windy," and "Starshine."

6.     Exhibit A is a true and accurate copy of the *My Little Pony* backboard from the packaging of our "Applejack" pony manufactured in or about 1983. The depictions of "Glory" and "Moondancer" on the backboard are true and accurate copies of how they appeared in 1983.

7.     Exhibit B is a true and accurate copy of the *My Little Pony* backboard from the packaging of our "Moonstone" pony manufactured in or about 1984.

8.     Exhibit C is a true an accurate copy of Hasbro's 1984 toy catalogue showing numerous ponies, including the "Moondancer," "Twilight," "Applejack", and

- 2 -

HASBRO-000002

"Sunbeam."   This catalogue was published and distributed by Hasbro to its retail customers in or about 1983 to offer products for sale in the upcoming year.

9.     Exhibit D is a true an accurate copy of Hasbro's 1985 toy catalogue showing numerous ponies, including "Rainbow" and "Unicorn" ponies, including "Moondancer," "Windy," "Starshine", and "Firefly."   This catalogue was published and distributed by Hasbro to its retail customers in or about 1984 to offer products for sale in the upcoming year.

I declare that the foregoing declaration is true and correct under the penalty of perjury and the laws of the United States of America.

Dated: October 15, 2019

By: _Christine Meehan_
Christine Meehan

**DECLARATION OF HASBRO**                                    **CASE NO. 2:18-CV-08518**

HASBRO-000003

HASBRO-000004

# Exhibit A



**APPLEJACK**

Bubbles was racing down the hill looking for a muddy spot to roll in. She stopped suddenly and laughed. "What a silly sight," she said. Hanging upside down in a tree like a monkey was Applejack. "How did you get up there?" asked Bubbles. Applejack whinnied in embarrassment. "I was jumping for apples. I jumped so high that I caught my heels on the branch." Bubbles sighed. "Your appetite for apples is always getting you in trouble, Applejack!" Then she helped Applejack out of the tree, and was treated to a fine red apple from her thankful friend.

©1983 Hasbro Industries, Inc.
Pawtucket, RI 02861 USA. All Rights
Reserved. Made in Hong Kong.
U.S. PAT. #D269-986

HASBRO-000018

# Exhibit B



HASBRO-000019

# Exhibit C



HASBRO-000005



### n love with Ponies!

My Little Pony has captured the hearts of children all across ne country! Within four months of introduction, *Toy and obby World* ranked My Little Pony as the number one girls' by in America. Millions of ponies were shipped during 1983 nd their popularity increases every day.

### lew products and promotions!

1agical Unicorns, Winged Ponies, Sea Ponies and playsets are naking their debut in 1984. Special premium promotions will ncourage collecting the My Little Pony products. Girls will clip nd save the horseshoe points from each package and redeem nem for a FREE Ember™ the Baby Pony."

### ales support!

/ith a multi-million dollar advertising campaign and My Little

Pony licensees supporting the pony line, 1984 promises sensational sales for you!  My Little Pony licensees include:

Alladin Industries, Inc.
American Publishing Co.
A.R.C.
Aviva Enterprises, Inc.
Aviva Hasbro, Inc.
Ben Cooper, Inc.
Buddy L Corp.
Coleco Industries, Inc.
Colorforms
Creative Designs Int'l, Inc.
Durham Industries, Inc.
ERO Industries, Inc.
Hasbro Baby (Tommee Tippee)

H-G Toys
I/E/Kidstuff Records
Imagining 3
Lee Company
MarshAllan Products, Inc.
The Obion Co.
Pepperwood Int'l Corp.
Pilgrim Sportswear, Inc.
Random House
Tara Toy Corp.
Unique Industries
Wallace Berrie
Warren Paper Products
Wormser Company

1

HASBRO-000006



**NEW**
*4830 My Little Pony™*
*Rainbow Ponies™*

Ages: 3 & up

Little girls know that the far side of the rainbow promises delightful surprises. They'll journey to a land where dreams come true just by catching hold of a Rainbow Pony's colorful tail!

Our six cheerful Rainbow Ponies have long silky hair in a vivid array of rainbow colors. Rainbow unicorns and pegasus ponies add extra fantasy and adventure. Each includes a star brush, ribbon, scented sticker and a magical story on the back of her blister card.

7 x 11 x ⁷/₈"
WT.: 8 lbs.
U S Patent No D 269,986

*TV*

PACK: 24
CU. FT.: 1.3

2

HASBRO-000007



# My Little Pony™

Cotton Candy™

Applejack™

Blossom™

Bubbles™

Bow Tie™

Seashell™

4850

## NEW
### 4850 My Little Pony™ Assortment I

Ages: 3 & up

More adorable than ever, four new additions join our merry band of prancing little ponies. Some are sitting pretty, others have their heads turned, and a couple have freckles and forehead designs too. All of the ponies have the same huggable bodies with a soft, silky mane and tail. Each comes with a brush, ribbon, scented sticker and a wonderful story printed on the back of her blister card. Assortment includes six Cotton Candy, five Bow Tie, five Applejack, four Blossom, two Seashell, and two Bubbles.

7x11x⅞"
WT.: 8 lbs.
U.S. Patent No. D 269.986

PACK: 24
CU. FT.: 1.3

*TV*

HASBRO-000008

3



Moondancer™

Sunbeam™

Firefly™

Glory™

Twilight™

Medley™

4860



## NEW
## 4860 My Little Pony™ Assortment II

Ages: 3 & up

A whisper of fantasy, a touch of magic! Little girls will love our new My Little Pony Unicorns and Pegasus. A sparkle of glittering fairy dust has been included in each pony's design to signify its magical powers. Each includes a star brush, ribbon and a collectible scented sticker. The back of each blister card features a pony story. Assortment includes six Firefly, six Moondancer, five Glory, three Medley, two Sunbeam, and two Twilight.

7x11x⁷/₈"
WT.: 9 lbs.
U.S. Patent No. D 269,986

PACK: 24
CU. FT.: 1.3

**TV**

4

HASBRO-000009



Great Skates™

Best of the West™

Parade Pizzazz™

Tea Party™

Sweet Dreams®

4870

Pony Royal™

## NEW
## 4870 My Little Pony™ Pony Wear™

Ages: 3 & up

Adorable fashions for girls to outfit their favorite little ponies. Each of the six Pony Wear styles are made with soft, sparkling fabrics in bright metallic colors that little girls love. Pony Wear adds the appeal of "dress up" to the fascination of pony magic and hair play. Assortment includes eight Sweet Dreams, eight Great Skates, five Parade Pizzazz, five Best of the West, five Pony Royal and five Tea Party.

11x7x1⅞"
WT: 5 lbs.

PACK: 36
CU. FT.: 1.13

*TV*

5

HASBRO-000010



4875



### 4875 My Little Pony™ Pretty Parlor™

Ages: 3 & up

Little girls adore grooming Peachy™ in front of the mirror in the Pretty Parlor. They brush her coat, braid ribbons into her tail, and have her model one of the pretty "straw" hats. Afterwards, they can give her pet kitty, Twinkles,™ a pony ride inside the basket.

My Little Pony Pretty Parlor also functions as a carrying case. Includes Peachy and Twinkles, interchangeable pony name tags, bridle, saddle, blanket, ribbon, brush, and floral bouquet. 9⅝ x 5⅛ x 11″

WT.: 11 lbs.

PACK: 6
CU. FT.: 2.1

***TV***

HASBRO-000011



4885

### 4885 *My Little Pony™ Show Stable™*

Ages: 3 & up

Cantering around the show ring, Lemon Drop™ prances proudly past the judges and into the My Little Pony Show Stable. Inside her stable, she admires her awards in the trophy room, eats oats in the pony kitchenette, stores her saddle and bridle in the tack room, and takes a nap in the pony bed.

Complete toy with lots of space for play. Includes Lemon Drop and her pet dog Brandy,™ two troughs, two shelves, six fence sections, pole and A-style jumps, three trophy cups, four flags, two flower bouquets, bed, blanket, and spinning weather vane.

13³/₁₆ x 8³/₄ x 14⁷/₁₆"
WT.: 35 lbs.
U.S. Patent Pending

PACK: 6
CU. FT.: 6.8

*TV*

9

HASBRO-000012



**NEW**
*4890 My Little Pony™ Dream Castle™* Ages: 3 &

Lots of pony playtime fun . . . in a magical, mythical, medieval setting!

Majesty,™ the royal unicorn, lives on the far side of the rain bow in a luxurious Dream Castle. She stands on the throne in her grooming parlor and gazes into the royal mirror while litt hands gently brush and comb her. In the blacksmith shop, sh is fitted for special ponyshoes.

*Includes Majesty the Unicorn, Spike the dragon, trunk, table, chairs, two goblets, grooming stand, flags, royal brush and comb, four ponyshoes and shoebox, hoops for jumping, dragon basket, royal cape and crown.*

10

HASBRO-000013



4890







Little girls will love the fantasy associated with our romantic My Little Pony Dream Castle. They'll winch down the drawbridge to herald the arrival of other pony friends and give Spike,™ the pet dragon, a ride by cranking his basket up and down. The tower tops are removable to easily access all corners of the castle and the trunk opens for storage.
16⁷⁄₈x16⁷⁄₁₆x13⁷⁄₈″
WT.: 22 lbs.

PACK: 4
CU. FT.: 8.23

*TV*

*11*

HASBRO-000014

# Exhibit D





# Aviva
# Hasbro
## 1985 Toy Catalog

HASBRO-000015

7



**My Little Pony®**
**Softies Unicorn/Pegasus Assortment**
**70176**
Made for little girls who believe in magic! Each plush mystical unicorn and fanciful pegasus complements our original My Little Pony line. Girls love to brush and braid their long silky hair. Includes brush for grooming. Assortment includes five Glory, four Moondancer and three Firefly.

SIZE: 9"
PACK: 12
Patent Pending
© 1985 Hasbro Industries, Inc.

WEIGHT: 8.7 lbs.

BULK
CUBE: 1.6

HASBRO-000016

8



NEW Windy™

Parasol™

Starshine™

**My Little Pony® Rainbow Ponies™**
**Softies Rainbow Assortment**
**70174**

Now little girls' precious plush ponies have silky rainbow hair! Little girls will have even more fun braiding My Little Pony's rainbow mane and tail. Includes brush for grooming. Assortment includes five Windy, four Starshine and three Parasol.

SIZE: 9″
PACK: 12
Patent Pending
© 1985 Hasbro Industries, Inc.

WEIGHT: 8.7 lbs.

BULK
CUBE: 1.6

HASBRO-000017