Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas E. Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Telephone: (323) 639-4455

*Attorney for Plaintiff Covves, LLC*

| | |
|---|---|
| Christopher Centurelli | Caitlin C. Blanche (SBN 254109) |
| Jeffrey S. Patterson | caitlin.blanche@klgates.com |
| Morgan Nickerson | K&L GATES LLP |
| Natasha C. Pereira | 1 Park Plaza, 12th Floor |
| (Admitted *pro hac vice*) | Irvine, CA 92618 |
| K&L GATES LLP | Telephone: (949) 253-0900 |
| 1 Lincoln St. | |
| Boston, MA 02111 | |
| Telephone: (617) 261-3100 | |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC, | Case No. 2:18-CV-08518-RGK-AFM |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| v. | Hon. R. Gary Klausner |
| DILLARD'S, INC. a Delaware Corporation; | United States District Court Judge |
| KOHL'S CORPORATION, a Wisconsin Corporation; | **Trial Date**: January 14, 2020 |
| SAKS & COMPANY LLC, a Delaware Corporation; | **Time**: 9:00 a.m. |
| TARGET BRANDS, INC., a Minnesota Corporation; | **Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012 |
| EXPRESS INC., a Delaware Corporation; | |
| TILLY'S, INC., a Delaware Corporation; | |
| NORDSTROM, INC., a Washington Corporation; | |
| WEST MARINE, INC., a Delaware Corporation, and | |
| ZULILY, INC., a Delaware Corporation, | |
| Defendants. | |

Pursuant to the Court's Order for Jury Trial (Dkt. 73) and Local Rule 16-6.1, Plaintiff Covves, LLC ("Covves") and Defendants Dillard's, Inc., Kohl's Corporation, Saks & Company, LLC, Target Brands, Inc., Express, Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc. (together, "Defendants") hereby submit the following joint exhibit list.

The parties expressly reserve all rights to withdraw any of the exhibits listed herein or to lodge additional objections with the exchange of the actual documents. An asterisk is placed next to the exhibits which a party may offer if the need arises. A cross is placed next to the exhibits that are duplicative between the parties but which are included to the extent the other party does not use the exhibit. Each party further asserts a standing objection to Federal Rules of Evidence 901 and 1002.

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1. | D787,617 patent (Covves-BigM-000811-16) | 403,[1] 1002 (ribbon) | | |
| 2. | D783,370 patent (Covves-BigM-000817-21) | 403, 1002 (ribbon) | | |
| 3. | Defendants' Large Raft float sample | 402, 403 | | |
| 4. | Defendants' Large Ring float sample | 402, 403 | | |
| 5. | Defendants' Small Ring float sample | 402, 403 | | |
| 6. | Defendants' Beverage Boat sample | 402, 403 | | |
| 7. | 617' patent prosecution history (Covves-BigM-000822-910) | 106, 1002 | | |
| 8. | Giant Unicorn photograph (Covves- | 402, 403 | | |

---

[1] Numbered objections refer to the Federal Rules of Evidence.

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | BigM-000913) | | | |
| 9. | Screenshots of Defendants' website listings, First Am. Complaint Exhibit 4 (color print) | 901 | | |
| 10. | Screenshots of Defendants' website listings, First Am. Complaint Exhibit 4 (black and white print) | 901, 1002 | | |
| 11. | #getfloaty Instagram screenshots (Covves-BigM-000928-35) | 402, 403 | | |
| 12. | Kololo product pages (Covves-BigM-000936-37) | 402, 403 | | |
| 13. | *Declaration of Kevin Chang (Covves-BigM-000083-84) | 402, 403, 802, 901, 1002 | | |
| 14. | *Krepack assignment (Covves-BigM-001242-43) | 901, 1002 | | |
| 15. | *Su to Krepack email 4/4/2017 re: patent assignment (Covves-BigM-000681-82) | No objection. | | |
| 16. | *Krepack to Su email 3/28/2017 re: patent assignment consideration (Covves-BigM-00804) | No objection. | | |
| 17. | Floaty to Korn email 4/28/2016 re: Little Unicorn (Covves-BigM-00799-803) | 402, 403, 802, 901 | | |
| 18. | Cheng to Su email 5/28/2015 re: Unicorn | 402, 403, 802 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | sample (Covves-BigM-000808) | | | |
| 19. | *Floaty shipping receipt SF Express (Covves-BigM-000810) | 402, 802, 901, 1002 | | |
| 20. | Covves float schematic drawings (Covves-BigM-000949-1036) | 402, 403, 901 | | |
| 21. | +Su to Korn email, 5/27/2015 re: Horse Confidential images (Covves-BigM-001037-47) | No objection. | | |
| 22. | Su to Korn email 6/2/2015 re: eye AI file and direction (Covves-BigM-001048-49) | 402, 403, 802 | | |
| 23. | Su to Korn email 6/3/2015 re: Vector file (Covves-BigM-001050-51) | 402, 403, 802 | | |
| 24. | Korn to Su email 6/3/2015 re: about the printing (Covves-BigM-001052-53) | 402, 403, 802 | | |
| 25. | Korn to Su email 6/3/2015 re: Urgent (Covves-BigM-001055-57) | 402, 403, 802 | | |
| 26. | *HSBC deposit 5/28/2015 (Covves-BigM-001059) | 402, 403, 901, 1002 | | |
| 27. | Covves float schematic drawings sent to Chang | 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (Covves-BigM-001072-1091) | | | |
| 28. | Distribution License Agrmt. with M. Berova (Covves-BigM-001098-1102) | 402, 403, 802, 1002 | | |
| 29. | Infringement report contact Nifty-Drifty (Covves-BigM-001109) | 402, 403, 802, 901 | | |
| 30. | Distribution License Agrmt. with ModLine Designs (Covves-BigM-001113-18) | 402, 403, 802, 1002 | | |
| 31. | *Settlement Agrmt. P&P Imports, LLC (Covves-BigM-001119-33) | No objection. | | |
| 32. | Distribution License Agrmt. with Shenzhen Jiaxin Technology Co. (Covves-BigM-001164-68) | 402, 403, 802, 1002 | | |
| 33. | Captain Floaty products eBay listings (Covves-BigM-001158-63) | 402, 403, 802, 901 | | |
| 34. | Covves Products List spreadsheet (Covves-BigM-003209) | 106, 402, 403, 802, 901 | | |
| 35. | #Floaty unicorn receipts (Covves-BigM-001169-72) | 402, 403, 802, 901 | | |
| 36. | #Floaty contact form 7/14/2016 re: counterfeit copy (Covves-BigM-001173) | 402, 403, 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 37. | #Floaty Amazon question re: other similar unicorn floats (Covves-BigM-001175-76) | 402, 403, 802, 901 | | |
| 38. | #Floaty copy seller email 7/11/2016 (Covves-BigM-001177-78) | 402, 403, 802, 901 | | |
| 39. | Owens to Floaty email 3/21/2017 re: someone stole Floaty (Covves-BigM-001179-80) | 402, 403, 802, 901 | | |
| 40. | Floaty to McArthur email re: Licensee Dreambuildertoy 263 pcs Giant (Covves-BigM-001181-86) | 402, 403, 802, 901 | | |
| 41. | Shane to Floaty email 6/7/2017 re: Unicorn Float Authorisation (Covves-BigM-0001192-95) | 402, 403, 802, 901 | | |
| 42. | Amazon to Floaty email 5/27/2016 re: email to MDT2V2 (Covves-BigM-001196-97) | 402, 403, 802, 901 | | |
| 43. | *#Floaty Terms & Conditions for Wholesale (Covves-BigM-001198-1200) | 402, 802, 901 | | |
| 44. | *Korn to Su email 6/11/2015 re: Horse Sample 3 payment receipt (Covves-BigM-001201) | 402, 802, 901 | | |
| 45. | *Su to Korn email | 402, 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 7/15/2015 re: Horse 50% deposit (Covves-BigM-001202) | | | |
| 46. | *Su to Korn email 7/20/2015 re: logo location (Covves-BigM-001203-04) | 402, 802, 901 | | |
| 47. | *Su to Korn email 8/4/2015 re: Instructions to label 5 boxes (Covves-BigM-001205-12) | 402, 802, 901 | | |
| 48. | Distribution License Agrmt. with Dreambuildertoy LLC (Covves-BigM-001220-25) | 402, 403, 802, 1002 | | |
| 49. | *#Float master case shipping receipts (Covves-BigM-001238-41) | 402, 802, 901 | | |
| 50. | Proforma invoice for unicorn float (Covves-BigM-001247) | 402, 403, 802, 901 | | |
| 51. | West Marine website screenshot Giant Unicorn float (Covves-BigM-001249-51) | 901 | | |
| 52. | Dillard's website screenshot Unicorn float (Covves-BigM-001252-53) | 901 | | |
| 53. | Nordstrom website screenshot Unicorn float (Covves-BigM-001254-56) | 901 | | |
| 54. | USPTO Certificate of | 1002 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Correction '370 patent (Covves-BigM-001267) | | | |
| 55. | USPTO Certificate of Correction '617 patent (Covves-BigM-1800) | 1002 | | |
| 56. | *'617 patent inventorship correction documentation (Covves-BigM-001268-86) | 106, 1002 | | |
| 57. | *USPTO Certificate of Correction '617 patent (Covves-BigM-001287-88) | 106, 1002 | | |
| 58. | *Krepack Statement Agreeing to Change in Inventorship (Covves-BigM-001289) | 106, 1002 | | |
| 59. | Distribution License Agrmt. with Shenzhen Maiwo Technology Co. Ltd. (Covves-BigM-001294-98) | 402, 403, 802, 1002 | | |
| 60. | *'370 patent inventorship correction documentation (Covves-BigM-001299-1305) | 106, 1002 | | |
| 61. | Distribution License Agrmt. with Ten Yuan (Covves-BigM-001309-14) | 402, 403, 802, 1002 | | |
| 62. | Distribution License Agrmt. with Wen Yuxin (Covves-BigM- | 402, 403, 802, 1002 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 001326-30) | | | |
| 63. | *Korn to Su email re: 5k usd payment for unicorn (Covves-BigM-001337-39) | 402, 403, 802, 901 | | |
| 64. | *Stephanie to Su email 8/26/2015 re: 600 unicorn (Covves-BigM-001340-42) | 402, 802, 901 | | |
| 65. | Korn to Benson email 8/14/2015 re: Final 50% payment for unicorn (Covves-BigM-001344) | 402, 802, 901 | | |
| 66. | Su to Korn email 8/5/2015 re: 11 boxes to HK (Covves-BigM-001345-46) | 402, 802, 901 | | |
| 67. | Su to Lo email 8/12/2015 re: All finished Unicorns (Covves-BigM-001349-52) | 402, 802, 901 | | |
| 68. | Korn to Su email 7/16/2015 re: Horse 50% deposit (Covves-BigM-001355) | 402, 802, 901 | | |
| 69. | Su to Korn email 5/27/2015 re: Horse. Confidential images (Covves-BigM-001356) | 402, 403, 802, 901 | | |
| 70. | Su to Korn email 8/10/2015 re: process of horse (Covves-BigM-001372-82) | 402, 403, 802, 901 | | |
| 71. | Su to Korn email 12/10/2015 re: 2000 | 402, 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | unicorn quote (Covves-BigM-001383) | | | |
| 72. | Korn to Su email 7/13/2015 re: quotation of 500pcs unicorn (Covves-BigM-001384) | 402, 802, 901 | | |
| 73. | Korn to Su email 1/11/2016 re: 1200pcs unicorn finished (Covves-BigM-001387-88) | 402, 802, 901 | | |
| 74. | Lo to Su email 12/11/2015 re: quotation of 2000pcs unicorn (Covves-BigM-001391-94) | 402, 403, 802, 901, 1002 | | |
| 75. | Su to Stephanie email 4/25/2016 re: send 54 cases Unicorn to Amazon (Covves-BigM-001396) | 402, 802, 901 | | |
| 76. | Target receipt for purchases of Large Ring float, Small Ring float, Beverage Boats 6/13/2019 (Covves-BigM-001488-91) | 402, 403, 802, 901 | | |
| 77. | Vickae to McArthur email 11/3/2017 re: About selling time for unicorn pool float on Amazon (Covves-BigM-001519) | 402, 403, 802, 901 | | |
| 78. | Vickea to Brown emails 1/31/2018 re: Floaty Licensing | 402, 403, 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (Covves-BigM-001597-98) | | | |
| 79. | Distribution License Agrmt. with Newport Fulfillment (Covves-BigM-001732-37) | 402, 403, 802, 1002 | | |
| 80. | #Floaty Unicorn Box photographs (Covves-BigM-001748) | 402, 403, 802, 901 | | |
| 81. | Distribution License Agrmt. with Shenzhen Huitongquanqui Technology Co. Ltd. (Covves-BigM-1789-94) | 402, 403, 802, 1002 | | |
| 82. | Covves monthly sales data spreadsheet (Covves-BigM-003288) | 402, 802, 901 | | |
| 83. | Su, Krepack assignment '370 patent (Covves-BigM-003252-54) | 1002 | | |
| 84. | Levin to Brown email 12/4/2017 re: Need a license (Covves-BigM-003255-64) | 402, 403, 802, 901 | | |
| 85. | Emily Rose Hannon Instagram screenshots (Covves-BM-003401-05) | 402, 403, 802, 901 | | |
| 86. | Emily Hannon #Floaty receipt (Covves-BigM-003406) | 402, 403, 802, 901 | | |
| 87. | Record of wires of license payments | 402, 403, 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (Covves-BigM-003407-08) | | | |
| 88. | Covves unicorn float design drawings (Covves-BigM-003341-64) | No objection. | | |
| 89. | Su-Vuksic communications (Covves-BigM-003365) | 402, 403, 802 | | |
| 90. | Su videos of unicorn float design options (Covves-BigM-003367-69, 87-94) | 402, 403, 802 | | |
| 91. | *Lois Lo IP assignment (Covves-BigM-003377-78) | 1002 | | |
| 92. | *T. Vuksic Non-Disclosure Agrmt. (Covves-BigM-003379-82) | 1002 | | |
| 93. | *Benson Su IP assignment (Covves-BigM-003383-84) | 1002 | | |
| 94. | *T. Vuksic IP assignment (Covves-BigM-003385-86) | 1002 | | |
| 95. | +Tilly's Certification of Revenue (TILL-000003-08) | No objection. | | |
| 96. | +West Marine Certification of Revenue (WM-000001-03) | No objection. | | |
| 97. | +Dillard's Certification | No objection. | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | of Revenue (DILL-000218-34) | | | |
| 98. | [+]Express Certification of Revenue (EXPS-000001-03) | No objection. | | |
| 99. | [+]Kohl's Certification of Revenue (KOHL-000049-51) | No objection. | | |
| 100. | [+]Nordstrom Certification of Revenue (NORD-000001-03) | No objection. | | |
| 101. | [+]Saks Certification of Revenue (SAKS-000019-30) | No objection. | | |
| 102. | [+]Target Certification of Revenue (TRGT-006400-40) | No objection. | | |
| 103. | [+]Zulily Certification of Revenue (ZUL-000001- | No objection. | | |
| 104. | Target Deposition Exhibit 4, BigMouth floats | 402, 403 | | |
| 105. | Target Deposition Exhibit 14, Sun Squad Beverage Boats packaging | No objection. | | |
| 106. | Target Deposition Exhibit 15, Sun Squad Giant Unicorn packaging | No objection. | | |
| 107. | Target Deposition Exhibit 16, Cliff to Hoffman email 3/28/2019 re: BigMouth 2020 line review (TRGT- | 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 002807-10) | | | |
| 108. | Target Deposition Exhibit 18, Cliff to Miller email 1/17/2019 re: Pride Unicorn Package Image (TRGT-003819-22) | 802, 901 | | |
| 109. | Target Deposition Exhibit 19, Target unicorn floats image | 802, 901 | | |
| 110. | Tilly's Deposition Exhibit 3, Beverage Boats website screenshot | 901 | | |
| 111. | Expert Report of Joel Delman 10/15/2019 | 402, 403, 802 | | |
| 112. | Documents reviewed by J. Delman for preparation of expert reports | 402, 403, 802, 901 | | |
| 113. | Curriculum Vitae of Joel Delman (Exhibit 3 to 10/15/2019 Expert Report of J. Delman) | 802 | | |
| 114. | News articles from New York Times, Observer, Mic.com (Exhibit 8 to 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901 | | |
| 115. | Observer article titled "The Summer Instagram Moments You're Already Sick Of" (Exhibit 9 to 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 116. | Third party unicorn float designs (Exhibit 10 to 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901 | | |
| 117. | BigMouth alternate unicorn float designs (Exhibit 11 to 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901 | | |
| 118. | Prior art referenced in patents-in-suit (Exhibit 12 to 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901 | | |
| 119. | BigMouth emails re: unicorn float design (BMI-001141-72, 1184-91) (Cited 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901 | | |
| 120. | BigMouth unicorn float design files (BMI-001517-18) (Cited 10/15/2019 Expert Report of J. Delman) | 402, 403, 802, 901, 1002 | | |
| 121. | Target emails re: Pride Float design (TRGT-002922-23, 3819-22) (Cited 10/15/2019 Expert Report of J. Delman) | 802, 901 | | |
| 122. | Photographs of accused products contained in 10/15/2019 Expert Report of J. Delman | 402, 403, 802 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (color) (Covves-BigM-003409-34) | | | |
| 123. | Photographs of accused products contained in 10/15/2019 Expert Report of J. Delman (black and white) (Covves-BigM-003435-60) | 402, 403, 802,1002 | | |
| 124. | Supplemental Analysis of Joel Delman 10/31/2019 | 402, 403, 802 | | |
| 125. | Rebuttal Expert Report of J. Delman 11/14/2019 | 402, 403, 802 | | |
| 126. | Expert Report of Scott Hampton, CPA 10/15/2019 | 802 | | |
| 127. | Documents reviewed by S. Hampton for preparation of expert report | 402, 403, 802, 901 | | |
| 128. | Curriculum Vitae of Scott Hampton, CPA (Exhibit A to 10/15/2019 Expert Report of S. Hampton) | 802 | | |
| 129. | Covves Remedies Summary (Exhibit D - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 130. | Target Revenue and Gross Profit (Exhibit E - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 131. | Dillard's Revenue and Gross Profit (Exhibit F - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 132. | Kohl's Revenue and Gross Profit (Exhibit G - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 133. | Saks Revenue and Gross Profit (Exhibit H - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 134. | Saks Revenue and Gross Profit (Exhibit H - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 135. | Express Revenue and Gross Profit (Exhibit I - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 136. | Tilly's Revenue and Gross Profit (Exhibit J - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 137. | Nordstrom Revenue and Gross Profit (Exhibit K - Amended to Expert Report of S. Hampton produced | 106, 802 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 10/24/2019) | | | |
| 138. | West Marine Revenue and Gross Profit (Exhibit L - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 139. | Zulily Revenue and Gross Profit (Exhibit M - Amended to Expert Report of S. Hampton produced 10/24/2019) | 106, 802 | | |
| 140. | Defendants' Responses to Covves' First Interrogatories | 402, 403, 802 | | |
| 141. | Covves' First Set of Requests for Admission to Target and responses to same | 402, 403, 802 | | |
| 142. | Covves' First Set of Requests for Admission to Non-Target Defendants and responses to same | 402, 403, 802 | | |
| 143. | Transcript of Rule 30(b)(6) Deposition of Target | 402, 403, 802 | | |
| 144. | Transcript of Rule 30(b)(6) Deposition of Tilly's | 402, 403, 802 | | |
| 145. | Emails between S. McArthur and M. Nickerson 3/2018 re: Amazon removal request | 402, 403, 802, 901 | | |
| 146. | | | | |
| 147. | | | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 148. | | | | |
| 149. | | | | |
| 150. | | | | |
| 151. | | | | |
| 152. | | | | |
| 153. | | | | |
| 154. | | | | |
| 155. | | | | |
| 156. | | | | |
| 157. | | | | |
| 158. | | | | |
| 159. | | | | |
| 160. | | | | |
| 161. | | | | |
| 162. | | | | |
| 163. | | | | |
| 164. | | | | |
| 165. | | | | |
| 166. | | | | |
| 167. | | | | |
| 168. | | | | |
| 169. | | | | |
| 170. | | | | |
| 171. | | | | |
| 172. | | | | |
| 173. | | | | |
| 174. | | | | |
| 175. | | | | |
| 251. | Image of Giant Unicorn Pool Float Packaging (TRGT-006487) | No objection. | | |
| 252. | Image of Giant Sparkly Unicorn Float Packaging (TRGT-006486) | No objection. | | |
| 253. | Image of Pride Unicorn Packaging | No objection. | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (Krepack Depo. Ex. No. 6) (TRGT-006488) | | | |
| 254. | Image of Sparkles the Unicorn Lil' Float Packaging (Krepack Depo. Ex. No.7) (TRGT-006489) | No objection. | | |
| 255. | Image of Beverage Boat Packaging (Krepack Depo. Ex. No. 8) (TRGT-006484 - TRGT-006485) | No objection. | | |
| 256. | Giant Unicorn Pool Float Product | No objection. | | |
| 257. | Giant Sparkly Unicorn Float Product | No objection. | | |
| 258. | Pride Float Product | No objection. | | |
| 259. | Sparkles the Unicorn Lil' Float Product | No objection. | | |
| 260. | Beverage Boat Product | No objection. | | |
| 261. | +Dillard's Certification of Revenue (DILL-000218 - DILL-000234) | Objection: Claimed costs irrelevant FRE 402; no disclosure FRCP 26, 37, see Mtn. in Limine Dkt. 139 | | |
| 262. | +Kohl's  Certification of Revenue (KOHL-000049 - KOHL-000051) | No objection. | | |
| 263. | +Saks Certification of Revenue (SAKS 000019 - SAKS 000030) | No objection. | | |
| 264. | +Target Certification of Revenue (TRGT-006400 - | Objection: Claimed costs irrelevant FRE 402; no | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | TRGT-006440) | disclosure FRCP 26, 37, see Mtn. in Limine Dkt. 139 | | |
| 265. | +Express Certification of Revenue (EXPS-000001 - EXPS-000003) | No objection. | | |
| 266. | +Tilly's Certification of Revenue (TILL-000003 - TILL-000012) | No objection. | | |
| 267. | +Nordstrom's Certification of Revenue (NORD-000001 - NORD-000003) | No objection. | | |
| 268. | +West Marine's Certification of Revenue (WM-000001 - WM-000003) | No objection. | | |
| 269. | +Zulily's Certification of Revenue (ZUL-000001 - ZUL-000005) | No objection. | | |
| 270. | U.S. Patent Application Publication No. 2005/0233676 A1, Bohart, Inflatable Ride-On Toy Animals (TRGT-006285 - TRGT-006296) | No objection. | | |
| 271. | Declaration of Getty Images (GETTY-000001 - GETTY-00005) | 402, 403, 602, 802 | | |
| 272. | Declaration of Robert Jensen | 402, 403, 602, 802 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (JENSEN-000001 - JENSEN-000013) | | | |
| 273. | Video Robert Jensen, "How to Draw A Unicorn (a cute and cuddly one)" Art for Kids Hub (March 20, 2014) (TRGT-006445) | 402, 403, 802, 901 | | |
| 274. | Packaging of P&P Unicorn Drink Rafts (TRGT-006087 - TRGT-006089) | 901, 1002 | | |
| 275. | Declaration of Hasbro (HASBRO-000001 - HASBRO-000017) | 402, 403, 802, 901 | | |
| 276. | Declaration of Peter Engler | 802 | | |
| 277. | Settlement Agreement with P&P Imports (Colored Attachments) (Covves-BigM-001119-Covves-BigM-001133) | 402, 403 | | |
| 278. | U.S. Patent No. Des. 163,061 (H.B. Meyer et al.) Inflatable Toy Horse (Krepack Depo. Ex. No. 13, TRGT-005812 - TRGT-005813) | 1002 | | |
| 279. | U.S. Patent No. Des. 301,910 (Wolfe) Float (Krepack Depo. Ex. No.14, TRGT-006004 - TRGT-006006) | 1002 | | |
| 280. | U.S. Patent No. Des. 302,718 (Wolfe) Float (Krepack Depo. Ex. | 1002 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | No.15, TRGT-6007 - TRGT-006009) | | | |
| 281. | U.S. Patent No. 2,404,729, V.H. Hurt, Water Toy (TRGT-005768 - TRGT-005769) | 1002 | | |
| 282. | U.S. Patent No. 1,566,858, E.A. Guinzburg, Swimming Ring (TRGT-006273 - TRGT-006274) | 1002 | | |
| 283. | "Woman and the Inflatable Horse in Pool" circa 1940 Boston University Art Galleries (TRGT-006367 - TRGT-006369) | 402, 403, 901 | | |
| 284. | Alamy Stock Photo - Ellen Drew on Horse Pool Toy (TRGT-005838) | 402, 403, 901 | | |
| 285. | Redacted #GetFloaty Collection (Su Depo. Ex. No. 3) (TRGT-006499 - TRGT-006508)[2] | 106, 402, 403 | | |
| 286. | Shenzhen Zhenhan Inflatables Co. Ltd. Proforma Invoice For Inflatable Swan (Su Depo. Ex. No. 7) (Covves-BigM-001246) | 402, 403 | | |
| 287. | Marshall Heyman, | 402, 403, 802 | | |

[2] Only in rebuttal.

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | *Swanning Around the Hamptons Has a New Meaning*, WALL ST. J. (Krepack Depo. Ex. No. 19) and TRGT-006091 - TRGT-006095 | | | |
| 288. | *4th of July Roundup: Taylor Swift, Calvin Harris, Gigi Hadid and Emily Ratajkowski Ride Funboy Floats* (Krepack Depo. Ex. No. 20)(TRGT-005728 -TRGT-005734) | 402, 403, 802 | | |
| 289. | Una Merkel on Inflatable Horse (TRGT-005866) | 402, 403, 901 | | |
| 290. | U.S. Patent No. Des. 291,716, Wolfe, Float (TRGT-005994 - TRGT-005998) | 1002 | | |
| 291. | U.S. Patent No. Des. 293,011, Wolfe, Tiger Float (TRGT-005999 - TRGT-006003) | 1002 | | |
| 292. | U.S. Design Patent No. D785,119 S, Hempton, Inflatable Pool Toy (TRGT-006041 - 006050) | 1002 | | |
| 293. | Toy Story 2 (1999 Film) and Screen Still (TRGT-006383) | 106, 402, 403, 901 | | |
| 294. | Walt Disney's Fantasia (1940 Film) and Screen Stills | 106, 402, 403, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (TRGT-006351 - TRGT-006355 and TRGT-6379) | | | |
| 295. | Alamy Stock Photo, Vendor Stall Inflatable Toys (TRGT-006063) | 402, 403, 901 | | |
| 296. | NYCupcake's Musings, *My Little Pony: 2nd Generation (1983 to 1984), Rainbow Ponies* (Krepack Depo. Ex. No. 16, TRGT-005828 - TRGT-005830) | 402, 403, 901 | | |
| 297. | U.S. Patent No. 4,571,194 (Kiss et al.) Collapsible and Floatable Beverage Holder (Krepack Depo. Ex. No. 17, TRGT-005888 - TRGT-005891) | 1002 | | |
| 298. | U.S. Patent No. 3,015,406, M.E. Nolte, Floating Server (TRGT-005886 - TRGT-005887) | 1002 | | |
| 299. | U.S. Patent Application Publication No. US 2012/0228175 A1 (Ressel et al.) (Krepack Depo. Ex. No.18, TRGT-005972 - TRGT-005979) | 1002 | | |
| 300. | Henrik Hondius, "A Unicorn Chasing | 402, 403, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Lizards from a Pond" (1573-ca. 1649), Los Angeles County Museum of Art (TRGT-005774) |  |  |  |
| 301. | Reading of the Declaration of Independence, Old State House, Boston, MA (1934) (TRGT-005788 - TRGT-005790) | 402, 403, 901 |  |  |
| 302. | Alamy Stock Photo, Unicorn on Old State House, Boston (TRGT-005794 - TRGT-005795) | 402, 403, 901 |  |  |
| 303. | "The Unicorn in Captivity" from the Unicorn Tapestries (1495-1505, South Netherlandish), Metropolitan Museum of Art (TRGT-005852 - TRGT-005861) | 402, 403, 901 |  |  |
| 304. | Alamy Stock Photo, Australian Unicorn Stamp (TRGT-006064) | 402, 403, 901 |  |  |
| 305. | Alamy Stock Photo, Unicorn Radiator Cap, France (TRGT-006066) | 402, 403, 901 |  |  |
| 306. | *Boys Lying on Beach*, VANITY FAIR  (TRGT-006067 - TRGT-006071) | 402, 403, 901 |  |  |
| 307. | Tiffany Sharples, *A | 402, 403, 802, 901 |  |  |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | *Brief History of the Unicorn*, TIME MAG., Jun. 12, 2018 (TRGT-006332 - TRGT-006334) | | | |
| 308. | Vivid Creations with Dave & Liz, *Between the Pages: Gonna Paint Me a Pony, Stick it in a Closet, and Call It 'Reckless'* Sept. 23, 2014 (TRGT-006335 - TRGT-006342) and Photo of Horse Carousel Lamp (TRGT-006347) | 402, 403, 802, 901 | | |
| 309. | D'617 Prosecution History (Krepack Depo. Ex. No. 4, TRGT-005485 - TRGT-005614) | 1002 | | |
| 310. | D'370 Prosecution History (Krepack Depo. Ex. No. 5, TRGT-005615 - TRGT-005727) | 1002 | | |
| 311. | Su's LinkedIn Profile (Su Depo. Ex. No. 2) | 402, 802, 901 | | |
| 312. | Email from Krepack to Su re: Dinner and Patent (Mar. 28, 2017) (Krepack Depo. Ex. No. 9, Covves-BigM-000680) | No objection. | | |
| 313. | Email from Su to Korn Chen re: Horse Confidential Images (May 27, 2015) | No objection. | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (Krepack Depo. Ex. No. 11, Covves-BigM-001037 - Covves-BigM-001047) | | | |
| 314. | Twilight Zone Episode (Physical Ex.) and Screen Still (TRGT-005738) | 106, 402, 403, 802, 901 | | |
| 315. | Pool Time Horse Float (Tumblr) (TRGT-005735 - 005737) | 402, 403, 802, 901 | | |
| 316. | Images of Lisa Frank Unicorn Designs (TRGT-005831) | 402, 403, 901 | | |
| 317. | My Little Pony Float (TRGT-006090 and TRGT-006075) | 402, 403, 901 | | |
| 318. | U.S. Patent No. 46,529, H.F. Metzler (TRGT-006391 - TRGT-006393) | 1002 | | |
| 319. | Image of Royal Mustang Horse Ride (TRGT-006385) | 402, 403, 901 | | |
| 320. | Image of Play Day Giant Swan Float Packaging (TRGT-006493) | 402, 403, 901 | | |
| 321. | Image of Play Day Mega Camel Packaging (TRGT-006490) | 402, 403, 901 | | |
| 322. | Image of Play Day Sea & Slide Play Center Packaging (TRGT-006491) | 402, 403, 901 | | |
| 323. | Image of Play Day | 402, 403, 901 | | |

| Exhibit No. | Description and Bates No. | Objection and Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Baby Float Packaging (TRGT-006492) | | | |

DATED:  December 16, 2019

Respectfully submitted,

THE MCARTHUR LAW FIRM, PC

By: */s/ Thomas Dietrich*
Stephen McArthur
Thomas Dietrich
*Attorneys for Plaintiff Covves, LLC*

DATED:  December 16, 2019

K&L GATES LLP

By: */s/ Caitlin C. Blanche*
Caitlin C. Blanche
Christopher Centurelli (*pro hac vice*)
Jeffrey S. Patterson (*pro hac vice*)
Morgan T. Nickerson (*pro hac vice*)
Natasha C. Pereira (*pro hac vice*)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
Case No.: 2:18-cv-08518-RGK-AFM

IT IS HEREBY CERTIFIED THAT:

      I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 1 Park Plaza, Twelfth Floor, Irvine, CA 92614. I am not a party to the above-entitled action.

      I have caused service of the following documents, described as:

**JOINT EXHIBIT LIST**

on the following parties by electronically filing the foregoing on December 16, 2019 with the Clerk of the District Court using the ECF System, which electronically notifies them.

Stephen C. McArthur                      *Attorneys for Plaintiff*
Thomas E. Dietrich
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date:   <u> December 16, 2019 </u>  By:  <u>*/s/ Caitlin C. Blanche* </u>
                                        Caitlin C. Blanche