Stephen C. McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas E. Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Telephone: (323) 639-4455

*Attorney for Plaintiff Covves, LLC*

Christopher Centurelli
Jeffrey S. Patterson
Morgan Nickerson
Natasha C. Pereira
(Admitted *pro hac vice*)
K&L GATES LLP
1 Lincoln St.
Boston, MA 02111
Telephone: (617) 261-3100

Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza, 12th Floor
Irvine, CA 92618
Telephone: (949) 253-0900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COVVES, LLC,

Plaintiff,

v.

DILLARD'S, INC. a Delaware Corporation; KOHL'S CORPORATION, a Wisconsin Corporation; SAKS & COMPANY LLC, a Delaware Corporation; TARGET BRANDS, INC., a Minnesota Corporation; EXPRESS INC., a Delaware Corporation; TILLY'S, INC., a Delaware Corporation; NORDSTROM, INC., a Washington Corporation; WEST MARINE, INC., a Delaware Corporation, and ZULILY, INC., a Delaware Corporation,

Defendants.

Case No. 2:18-CV-08518-RGK-AFM

**JOINT WITNESS LIST**

Hon. R. Gary Klausner
United States District Court Judge
**Trial Date**: January 14, 2020
**Time**: 9:00 a.m.
**Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012

Pursuant to the Court's Order for Jury Trial (Dkt. 73) and Local Rule 16-5, Plaintiff Covves, LLC ("Covves") and Defendants Dillard's, Inc., Kohl's Corporation, Saks & Company, LLC, Target Brands, Inc., Express, Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc. (together, the "Defendants") hereby submit the following joint witness list. An asterisk has been placed next to the names of those witnesses whom a party may call only if the need arises. Defendants note that Target's designated witness, Megan Hoffman, is experiencing a medical issue, which may prevent her from participating in trial. Defendants reserve the right to call a substitute witness from Target should the needs arise. The parties are currently working through this issue.

## I. <u>Plaintiff's Witness List</u>

| Witness Name, Phone, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| Benson Su c/o The McArthur Law Firm | Owner of Covves, will testify to conception of designs claimed in patents-in-suit, reduction to practice, manufacturing and sale of Covves' commercial embodiments, Defendants' infringement, and resulting damages. | 5 hours | 1 hour | |
| Adam Krepack c/o The McArthur Law Firm | Co-inventor of patents-in-suit, will testify to original conception of claimed designs. | 1 hour | 30 minutes | |
| Joel Delman, Informed Innovation, 2176 W. 24th St., Los Angeles, CA | Plaintiff's expert in design, will testify to infringement by accused products and validity of the patents-in-suit. | 4 hours | 1 hour | |

| Witness Name, Phone, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| 90018, (737) 517-1862 | | | | |
| Scott Hampton, CPA, Hampton IP & Economic Consultants, 500 N. Marketplace Dr., Ste. 200, Centerville, UT 84014, (888) 502-8228 | Plaintiff's expert in damages, will testify to damages caused by infringement, including total profits and reasonable royalty. | 3 hours | 1 hour | |
| +Megan Hoffman, Target Brands, Inc. c/o K&L Gates LLP | May introduce testimony by deposition; Rule 30(b)(6) deponent of Target, will testify to Target revenue, profits, and costs; Target float design; Target purchasing from BigMouth, Inc. | 2 hours | | |
| +Carrie Jennings, Tilly's Inc. c/o K&L Gates LLP | May introduce testimony by deposition; Rule 30(b)(6) deponent of Tilly's, will testify to Tilly's revenue, profits, and costs; Tilly's purchasing from BigMouth, Inc. | 1 hour | | |
| +*Erin Hagen, Target Brands, Inc. c/o K&L Gates LLP | Will testify to Target's sales of accused floats, revenue, and profits. | 2 hours | | |
| +*Anita Spence, Dillard's, Inc. c/o K&L Gates LLP | Will testify to Dillard's sales of accused floats, revenue, and profits. | 1 hour | | |

| Witness Name, Phone, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| +*Brett Reed, Tilly's, Inc. c/o K&L Gates LLP | Will testify to Tilly's sales of accused floats, revenue, and profits. | 1 hour | | |
| +*Karen Holtz, Express, Inc. c/o K&L Gates LLP | Will testify to Express's sales of accused floats, revenue, and profits. | 1 hour | | |
| +*Bradley Glapa, Kohl's Corporation c/o K&L Gates LLP | Will testify to Kohl's sales of accused floats, revenue, and profits. | 1 hour | | |
| +*Claire Korenblit, Nordstrom, Inc. c/o K&L Gates LLP | Will testify to Nordstrom sales of accused floats, revenue, and profits. | 1 hour | | |
| +*Sarah Pettit, Saks & Company c/o K&L Gates LLP | Will testify to Saks' sales of accused floats, revenue, and profits. | 1 hour | | |
| +*Emma Clarke, Zulily, Inc. c/o K&L Gates LLP | Will testify to Zulily's sales of accused floats, revenue, and profits. | 1 hour | | |
| +*Jan Bramhall, West Marine, Inc. c/o K&L Gates LLP | Will testify to West Marine's sales of accused floats, revenue, and profits. | 1 hour | | |

+Subject to availability as this witness is outside subpoena power. Defendants reserve the right to call this witness on rebuttal and in its case in chief.

## II. Defendants' Witness List

| Witness Name, Phone, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| +Megan Hoffman, Target Brands, Inc. c/o K&L Gates LLP | Target representative who may testify to Target accused products, revenue, profits, and costs | 2 hours | 1 hour | |
| +*Erin Hagen, Target Brands, Inc. c/o K&L Gates LLP | Target representative who may testify to Target's sales of accused floats, revenue, and profits. | 1 hour | 45 minutes | |
| +Carrie Jennings, Tilly's Inc. c/o K&L Gates LLP | Tilly's representative who may testify to Tilly's accused products, revenue, profits, and costs | 1 hour | 30 minutes | |
| °Corporate Representative from Dillard's Inc. c/o K&L Gates LLP | Dillard's representative who may testify to Dillard's accused products, revenue, profits, and costs | 20-30 minutes | | |
| °Corporate Representative from Kohl's Corp. c/o K&L Gates LLP | Kohl's representative who may testify to Kohl's accused products, revenue, profits, and costs | 20-30 minutes | | |
| °Corporate Representative from Saks & Company, LLC c/o K&L Gates LLP | Saks & Company's representative who may testify to Saks & Company's accused products, revenue, profits, and costs | 20-30 minutes | | |
| °Corporate Representative from Express Inc. c/o K&L | Express' representative who may testify to Express' accused products, revenue, profits, | 20-30 minutes | | |

| Witness Name, Phone, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| Gates LLP | and costs | | | |
| °Corporate Representative from Nordstrom, Inc. c/o K&L Gates LLP | Nordstrom's representative who may testify to Nordstrom's accused products, revenue, profits, and costs | 20-30 minutes | | |
| °Corporate Representative from West Marine, Inc. c/o K&L Gates LLP | West Marine's representative who may testify to West Marine's accused products, revenue, profits, and costs | 20-30 minutes | | |
| °Corporate Representative from Zulily, Inc. c/o K&L Gates LLP | Zulily's representative who may testify to Zulily's accused products, revenue, profits, and costs | 20-30 minutes | | |
| Maureen McHale, McHale Designs, 1855 Coronado Ave., Suite C, Signal Hill, CA 90755, (562) 498-6717 | Defendants' expert in design, may testify to non-infringement of accused products and invalidity of the patents-in-suit. | 4 hours | 2 hours | |
| David Blackburn, PH.D., NERA Economic Consulting, 1255 23rd Street, NW, Suite 600 Washington, | Defendant's expert in damages, may testify to total profits and reasonable royalty. | 2 hours | 1.5 hours | |

| Witness Name, Phone, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam | Time for Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| DC 20037, (202) 466-9264 | | | | |
| Peter Engler, P&P Imports LLC, 3233 W. Castor Street Santa Ana, California 92704, (650) 488-8270 | Third Party who may testify to Prior Art | 1 hour | 1 hour | |

+Subject to availability as this witness is outside subpoena power.

°Both parties may call a representative of the Defendants as a witness at trial. Counsel are currently working to determine which witness has both relevant knowledge and availability to travel.

DATED: December 16, 2019

Respectfully submitted,

THE MCARTHUR LAW FIRM, PC

By: */s/ Thomas Dietrich*
Stephen McArthur
Thomas Dietrich
*Attorneys for Plaintiff Covves, LLC*

DATED: December 16, 2019

K&L GATES LLP

By: */s/ Caitlin C. Blanche*
Caitlin C. Blanche
Christopher Centurelli (*pro hac vice*)
Jeffrey S. Patterson (*pro hac vice*)
Morgan T. Nickerson (*pro hac vice*)
Natasha C. Pereira (*pro hac vice*)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
Case No.: 2:18-cv-08518-RGK-AFM

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 1 Park Plaza, Twelfth Floor, Irvine, CA 92614. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT WITNESS LIST**

on the following parties by electronically filing the foregoing on December 16, 2019 with the Clerk of the District Court using the ECF System, which electronically notifies them.

Stephen C. McArthur
Thomas E. Dietrich
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 16, 2019 By: */s/ Caitlin C. Blanche*
Caitlin C. Blanche