UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DILLARD'S, INC. a Delaware Corporation;<br>KOHL'S CORPORATION, a Wisconsin Corporation;<br>SAKS & COMPANY LLC, a Delaware Corporation;<br>TARGET BRANDS, INC. a Minnesota Corporation;<br>EXPRESS, INC., a Delaware Corporation;<br>TILLY'S, INC. a Delaware Corporation;<br>NORDSTROM, INC., a Washington Corporation;<br>WEST MARINE, INC., a Delaware Corporation,<br>and<br>ZULILY, INC. a Delaware Corporation.<br><br>　　　　Defendants. | Case No. 2:18-CV-8518-RGK-AFM<br><br>**PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM**<br><br>Hon. R. Gary Klausner<br>United States District Court Judge<br>**Trial Date**: January 14, 2020<br>**Time**: 9:00 a.m.<br>**Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012 |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

1.  For the unicorn pool floats, has Covves proven by a preponderance of the evidence that Target, Dillard's, Express, Kohl's, Nordstrom, Saks & Company, West Marine, and Zulily have infringed U.S. Patent No. D787,617?

Yes _____ (for Covves)     No _____ (for Defendants)

***Continue to Question No. 2.***

2.  For the unicorn cupholders, has Covves proven by a preponderance of the evidence that Target, Express, Kohl's, Saks & Company, Tilly's, and Zulily have infringed U.S. Patent Number D783,370?

Yes _____ (for Covves)     No _____ (for Defendants)

***If you answered "Yes" to either Question Nos. 1 or 2, please continue to the questions on the following pages.***

*If you answered "Yes" to Question No. 1 (the '617 patent is infringed), please answer Question No. 3.*

    3.    What is the total dollar amount that Covves is entitled to receive from Defendants for infringement of the '617 patent?

| Defendant | Amount |
|---|---|
| Target | |
| Dillard's | |
| Express | |
| Kohl's | |
| Nordstrom | |
| Saks | |
| West Marine | |
| Zulily | |

*If you answered "Yes" to Question No. 2 (the '370 patent is infringed), please answer Question No. 4 on the following page.*

4. What is the total dollar amount that Covves is entitled to receive from Defendants for infringement of the '370 patent?

| Defendant | Amount |
|---|---|
| Target | |
| Express | |
| Kohl's | |
| Saks | |
| Tilly's | |
| Zulily | |

*Have the presiding juror sign and date this form.*

Signed: _____    Date: _____
         PRESIDING JUROR

# CERTIFICATE OF SERVICE

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
Case No.: 2:18-cv-8518-RGK-AFM

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 11400 West Olympic Boulevard, Suite 200, Los Angeles, CA 90064. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

on the following parties by electronically filing the foregoing on December 27, 2019, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Morgan Nickerson<br>K&L Gates LLP<br>Morgan.Nickerson@klgates.com<br>1 Lincoln St.<br>Boston, MA 02111 | *Attorneys for Defendants* |
| Caitlin C. Blanche<br>K&L Gates LLP<br>caitlin.blanche@klgates.com<br>1 Park Plaza, 12th Floor<br>Irvine, CA 92618 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  12/27/2019          By:  */s/ Thomas Dietrich*
                                                         Thomas Dietrich