Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas E. Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Telephone: (323) 639-4455

*Attorney for Plaintiff Covves, LLC*

Morgan Nickerson
morgan.nickerson@klgates.com
K&L GATES LLP
1 Lincoln St.
Boston, MA 02111
Telephone: (617) 261-3100

Caitlin C. Blanche
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza, 12th Floor
Irvine, CA 92618
Telephone: (949) 623-3526

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>DILLARD'S, INC. a Delaware Corporation; et al.<br><br>  Defendants. | Case No. 2:18-CV-8518-RGK-AFM<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. R. Gary Klausner<br>United States District Court Judge<br>**Trial Date**: January 14, 2020<br>**Time**: 9:00 a.m.<br>**Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Covves, LLC ("Covves") and Defendants Dillard's, Inc., Kohl's Corporation, Saks & Company, LLC, Target Brands, Inc., Express, Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc. (together, "Defendants") hereby stipulate as follows:

1. Covves and Defendants' indemnitors, BigMouth Inc. and BigMouth LLC (together, "BigMouth"), have entered into a confidential settlement agreement providing for payment of certain sums by BigMouth to Covves, the last of which is due approximately two years from January 7, 2020.

2. Upon payment in full of the sums owing to Covves by BigMouth, Covves agrees to the voluntary dismissal with prejudice of any and all claims against Defendants that have been asserted in this case.

3. The parties have agreed that until such time as the final payment is completed, the Court shall retain jurisdiction to enforce the settlement agreement and the parties shall agree to dismiss the action without prejudice.

4. Each party will bear its own attorneys' fees and costs.


DATED: January 8, 2020                THE MCARTHUR LAW FIRM, PC

                                      By: */s/Stephen McArthur*
                                          Stephen McArthur
                                          Thomas Dietrich
                                          *Attorneys for Plaintiff Covves, LLC*


DATED: January 8, 2020                K&L GATES LLP

                                      By: */s/Morgan Nickerson*
                                          Morgan Nickerson
                                          Caitlin C. Blanche
                                          *Attorneys for Defendants*