UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-08518 RGK (AFMx)**                                    Date:  **January 9, 2020**

Title     **Covves, LLC v. Dillard's, Inc., et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|  Ilene Bernal  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:
              N/A                                                              N/A

**Proceedings (In Chambers):  Settlement Conference**

   The Court having been advised that the parties have settled this matter, the January 9, 2020 settlement conference before the Court is vacated.

                                                                                                      :
                                                                         **Initials of Preparer**     ib