|   |   |
|---|---|
| 1 | Stephen C. McArthur (State Bar No. 277712) |
|   | stephen@smcarthurlaw.com |
| 2 | Thomas E. Dietrich (State Bar No. 254282) |
|   | tom@smcarthurlaw.com |
| 3 | THE MCARTHUR LAW FIRM, PC |
|   | 9465 Wilshire Blvd., Ste. 300 |
| 4 | Beverly Hills, CA 90212 |
|   | Telephone: (323) 639-4455 |
| 5 |   |
|   | *Attorney for Plaintiff Covves, LLC* |
| 6 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COVVES, LLC, | Case No. 2:18-CV-8518-RGK-AFM |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REOPEN CASE AFTER BREACH OF SETTLEMENT AGREEMENT** |
| v. | |
| DILLARD'S, INC. a Delaware Corporation; KOHL'S CORPORATION, a Wisconsin Corporation; SAKS & COMPANY LLC, a Delaware Corporation; TARGET BRANDS, INC. a Minnesota Corporation; EXPRESS, INC., a Delaware Corporation; TILLY'S, INC. a Delaware Corporation; NORDSTROM, INC., a Washington Corporation; WEST MARINE, INC., a Delaware Corporation, and ZULILY, INC. a Delaware Corporation. | Hon. R. Gary Klausner<br>United States District Court Judge<br>**Hearing Date**: January 11, 2021<br>**Time**: 9:00 a.m.<br>**Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012 |
| Defendants. | |

PLEASE TAKE NOTICE that on January 11, 2021, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable R. Gary Klausner of the United States District Court for the Central District of California, Western Division, Courtroom 850, located at 255 E. Temple Street, Los Angeles, California 90012, Plaintiff Covves, LLC ("Covves") will and does move the Court pursuant to the parties' settlement agreement and Rule 60 of the Federal Rules of Civil Procedure to grant relief from the parties' stipulation dismissing this case without prejudice and to reopen this case and set a trial date.

This motion is based on this Notice of Motion and Motion; the concurrently-filed Memorandum of Points and Authorities, Declaration of Stephen McArthur, and [Proposed] Order Granting Covves' Motion to Reopen Case; the files and records in this action; and any such additional argument or materials as may be submitted to the Court before the time of the decision in this matter.

This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3, which took place telephonically on October 8, 2020.

Dated: November 20, 2020			Respectfully submitted

**THE MCARTHUR LAW FIRM, PC**

By */s/ Stephen McArthur*

Stephen C. McArthur
Thomas E. Dietrich

*Attorneys for Plaintiff Covves, LLC*

# **CERTIFICATE OF SERVICE**

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
Case No.: 2:18-cv-8518-RGK-AFM

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REOPEN CASE AFTER DEFENDANTS' BREACH OF SETTLEMENT AGREEMENT**

on the following parties by electronically filing the foregoing on November 20, 2020, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Morgan Nickerson                        *Attorneys for Defendants*
K&L Gates LLP
Morgan.Nickerson@klgates.com
1 Lincoln St.
Boston, MA 02111

Caitlin C. Blanche
K&L Gates LLP
caitlin.blanche@klgates.com
1 Park Plaza, 12th Floor
Irvine, CA 92618

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/20/2020        By: */s/ Stephen McArthur*
                                        Stephen McArthur