Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
**K&L Gates LLP**
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel: (949) 253-0900
Fax: (949) 253-0902

Jeffrey S. Patterson
Christopher Centurelli
Morgan T. Nickerson
Natasha C. Pereira
(Admitted *pro hac vice*)
**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DILLARD'S, INC. a Delaware Corporation;<br>KOHL'S CORPORATION, a Wisconsin Corporation; SAKS & COMPANY LLC,<br>a Delaware Corporation;<br>TARGET BRANDS, INC. a Minnesota Corporation;<br>EXPRESS, INC., a Delaware Corporation;<br>TILLY'S, INC. a Delaware Corporation;<br>NORDSTROM, INC., a Washington Corporation;<br>WEST MARINE, INC., a Delaware Corporation, and<br>ZULILY, INC. a Delaware Corporation.,<br><br>Defendant. | Case No.: 2:18-CV-08518-RGK-AFM<br><br>**DEFENDANTS' UNOPPOSED REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REOPEN CASE**<br><br>[Filed concurrently with Declaration of Caitlin C. Blanche In Support; [Proposed] Order]<br><br>Hon. R. Gary Klausner<br>United States District Court Judge<br>**Hearing Date**: December 21, 2020<br>**Time**: 9:00 a.m.<br>**Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that, pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Dillard's, Inc., Kohl's Corporation, Saks & Company LLC, Target Brands, Inc., Express Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc. (collectively, "Defendants") hereby submit this ***unopposed*** Request to Extend the Briefing Schedule for the Motion to Reopen Case filed by Plaintiff Covves, LLC ("Plaintiff"). Under Defendants' proposed briefing schedule, which Plaintiff has approved, Defendants' deadline to file an Opposition to the Motion to Reopen Case would be December 7, 2020. Plaintiff's Reply brief would, in turn, be due on or before December 14, 2020.

## I.   INTRODUCTION

On Friday, November 20, 2020, at approximately 4:30 p.m., this Court advanced the hearing on Plaintiff's Motion to Reopen Case from January 11, 2021, to December 21, 2020. Based on the advanced hearing date, Defendants' Opposition deadline is Monday, November 30, 2020. Due to the intervening Thanksgiving holiday this week, and its related staffing shortages and scheduling conflicts, Defendants stand to suffer extreme prejudice and seek to extend the briefing schedule to accommodate the holiday.

Defendants attempted to avoid the filing of this Request by seeking a stipulation from Plaintiff as to the same. While Plaintiff has agreed not to oppose this Request, it has flatly refused to stipulate to the exact same relief. As such, Defendants have no other recourse but to file this Request and seek relief in the briefing schedule. As set forth below, this Request is proper pursuant to Rule 6, and good cause exists to grant it.

## II.   BACKGROUND

### A. This Court Advances the Hearing of Plaintiff's Motion to Reopen Case

On January 7, 2020, Plaintiff and (prior) Defendants BigMouth Inc. and BigMouth LLC (collectively, "BigMouth") entered a confidential settlement agreement, providing for payment of certain sums by BigMouth to Plaintiff, the last of which is due approximately two years from January 7, 2020. *See*, Declaration of Caitlin C. Blanche ("Blanche Decl."), ¶ 2. As a result, the parties to this matter filed a

Joint Stipulation of Voluntary Dismissal without prejudice on January 22, 2020. Blanche Decl., ¶ 3.

On Friday, November 20, 2020, Plaintiff filed the underlying Motion to Reopen Case. Defendants first received notice of its filing at approximately 3:05 p.m. on that date. According to Plaintiff's moving papers, the hearing on the Motion was originally set for January 11, 2021. Blanche Decl., ¶ 4. At approximately 4:33 p.m. on November 20, Defendants received notice from the Court that the hearing had been advanced from January 11, 2021, to December 21, 2020. Based on the advanced hearing date, the deadline to file an Opposition to Plaintiff's Motion to Reopen Case is Monday, November 30, 2020. Blanche Decl., ¶ 5.

**B. Plaintiff Refuses to Stipulate to Extended Briefing Schedule**

Due to the intervening Thanksgiving holiday, and the extreme prejudice facing Defendants as a result of the advanced Opposition deadline, Defendants contacted Plaintiff's counsel at the earliest reasonable opportunity to propose an extended briefing schedule. On Monday, November 23, Defendants' counsel emailed Plaintiff's counsel to meet and confer on whether Plaintiff would oppose a Motion to extend the briefing schedule. Defendants proposed that its Opposition deadline be extended to December 7, 2020, with a corresponding extension of Plaintiff's Reply brief to December 14, 2020. Plaintiff's counsel responded that Plaintiff would not oppose such a motion. Blanche Decl., ¶ 7; Ex. "A". Later on the same day, in an attempt simply to avoid wasting time and resources by filing this Request, Defendants emailed Plaintiff's counsel again to inquire whether Plaintiff, in lieu of a motion or request, would simply stipulate to the extended briefing schedule, which Plaintiff's counsel had already stated he did not oppose. Without explanation, Plaintiff's counsel responded that he refused to stipulate, and that Defendants would be forced to file this Request, which Plaintiff still would not oppose. Blanche Decl., ¶ 8; Ex. "B". As of the filing of this Request, Plaintiff refuses to stipulate to this Request despite agreeing not to oppose it.

III.   **LEGAL AUTHORITY**

When an act must be done within a specified time, a court may, for good cause, extend that time *with or without* a motion if a request is made before the original time expires.  Fed. R. Civ. P., Rule 6(b)(1)(A).  In the absence of a stipulation, counsel requesting an extension of time must file a declaration of the grounds for the requested extension.  *See*, C.D. Cal. Standing Order, para. 12.

IV.   **GOOD CAUSE EXISTS TO GRANT DEFENDANTS' REQUEST**

**A. Plaintiff does not Oppose the Extended Briefing Schedule**

As noted, Plaintiff does not oppose Defendants' Request to Extend the Briefing Schedule.  While Plaintiff refuses to stipulate to the exact same relief, its agreement not to oppose has the same effect as a stipulation.  In short, the parties to the underlying Motion have agreed to extend the briefing schedule to accommodate the intervening Thanksgiving holiday.

**B. Defendants Face Extreme Prejudice under the Advanced Opposition Deadline**

As set forth above, Defendants did not have notice until 4:33 p.m. on Friday, November 20, that they would have to oppose Plaintiff's Motion to Reopen Case by Monday, November 30.  Blanche Decl. ¶ 5.  The intervening Thanksgiving holiday poses several scheduling conflicts and constraints on counsel and the parties including travel, child care needs, client availability, and office closures.  For example, K&L Gates offices are closed, nationwide, in observance of the Thanksgiving holiday on November 26 and 27, resulting in severe staffing shortages.  Blanche Decl. ¶ 6.

As a result of the noted constraints, Defendants stand to suffer extreme prejudice without the relief sought.  Defendants merely seek and ought to be afforded sufficient time to analyze Plaintiff's Motion to Reopen Case, conduct appropriate legal research, obtain client declarations where necessary, and prepare an adequate Opposition.  The current deadline to do so presents an untenable timeline and results in unnecessary and extreme prejudice to Defendants.  As such, good cause exists for

this Court to grant this Request and set the briefing schedule consistent with the schedule agreed to by the parties to the underlying Motion.

## V.   <u>CONCLUSION</u>

In light of the foregoing, Defendants respectfully request that this Court grant its Request to Extend the Briefing Schedule on Plaintiff's Motion to Reopen Case.

DATED:  November 23, 2020

K&L GATES LLP

By: */s/ Caitlin C. Blanche*
Caitlin C. Blanche
Jeffrey S. Patterson (*pro hac vice*)
Christopher Centurelli (*pro hac vice*)
Morgan T. Nickerson (*pro hac vice*)
Natasha C. Pereira (*pro hac vice*)

*Attorneys for Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

2

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
3   Case No.: 2:18-cv-08518-RGK-AFM

4
IT IS HEREBY CERTIFIED THAT:
5

6          I, the undersigned, declare under penalty of perjury that I am a citizen of the
United States over 18 years of age. My business address is 1 Park Plaza, Twelfth Floor,
7   Irvine, CA 92614.  I am not a party to the above entitled action.

8          I have caused service of the following documents, described as:
9

10   DEFENDANTS' UNOPPOSED REQUEST TO EXTEND BRIEFING SCHEDULE
ON PLAINTIFF'S MOTION TO REOPEN CASE
11

12   on the following parties by electronically filing the foregoing on November 23, 2020,
with the Clerk of the District Court using its ECF System, which electronically notifies
13   them.

14
         Stephen C. McArthur                    *Attorneys for Plaintiffs*
15          stephen@smcarthurlaw.com
16          Thomas E. Dietrich
            tom@smcarthurlaw.com
17          THE MCARTHUR LAW FIRM, PC
18          9465 Wilshire Blvd, Suite 300
            Beverly Hills, CA 90212
19          Tel: (424) 258-6815

20
         I declare under penalty of perjury under the laws of the State of California that
21   the foregoing is true and correct.

22

23   Date:   November 23, 2020  *By:*    */s/ Caitlin C. Blanche*
24                                       Caitlin C. Blanche

25

26

27

28