1  Caitlin C. Blanche (SBN 254109)
   caitlin.blanche@klgates.com
2  **K&L Gates LLP**
   1 Park Plaza, Twelfth Floor
3  Irvine, CA 92614
   Tel: (949) 253-0900
4  Fax: (949) 253-0902

5  Jeffrey S. Patterson
   Christopher Centurelli
6  Morgan T. Nickerson
   Natasha C. Pereira
7  (Admitted *pro hac vice*)
   **K&L Gates LLP**
8  State Street Financial Center
   One Lincoln Street
9  Boston, MA  02111
   Tel:  (617) 261-3100
10 Fax: (617) 261-3175

11 *Attorneys for Defendants*

12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,  Plaintiff, vs. DILLARD'S, INC. a Delaware Corporation; KOHL'S CORPORATION, a Wisconsin Corporation; SAKS & COMPANY LLC, a Delaware Corporation; TARGET BRANDS, INC. a Minnesota Corporation; EXPRESS, INC., a Delaware Corporation; TILLY'S, INC. a Delaware Corporation; NORDSTROM, INC., a Washington Corporation; WEST MARINE, INC., a Delaware Corporation, and ZULILY, INC. a Delaware Corporation., Defendant. | Case No.: 2:18-CV-08518-RGK-AFM  [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REOPEN CASE** [184]  Hon. R. Gary Klausner United States District Court Judge **Hearing Date**: December 21, 2020 **Time**: 9:00 a.m. **Courtroom**: 850, 255 E. Temple St., Los Angeles, CA 90012 |

- 1 -

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS'
REQUEST TO EXTEND BRIEFING SCHEDULE ON
PLAINTIFF'S MOTION TO REOPEN CASE
Case No. 2:18-cv-08518-RGK-AFM

Upon review of the unopposed Request to Extend Briefing Schedule on Plaintiff's Motion to Reopen Case, filed by Defendants Dillard's Inc., Kohl's Corporation, Target Brands, Inc., Express, Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc., and for good cause shown,

**IT IS HEREBY ORDERED** that the Request is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Defendants' Opposition to Plaintiff's Motion to Reopen Case shall be due no later than December 7, 2020;
2. Plaintiff's Reply brief in support of its Motion to Reopen Case shall be due no later than December 14, 2020;
3. All other dates to remain the same.

Dated: 11/24/2020

_____
HON. R. GARY KLAUSNER
United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REOPEN CASE
Case No. 2:18-cv-08518-RGK-AFM