1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>DILLARD'S, INC. a Delaware Corporation;<br>KOHL'S CORPORATION, a Wisconsin Corporation;<br>SAKS & COMPANY LLC., a Delaware Corporation;<br>TARGET BRANDS, INC. a Minnesota Corporation;<br>EXPRESS INC., a Delaware Corporation;<br>TILLY'S, INC. a Delaware Corporation;<br>NORDSTROM, INC., a Washington Corporation;<br>WEST MARINE, INC., a Delaware Corporation,<br>and<br>ZULILY, INC. a Delaware Corporation.<br><br>    Defendants. | Case No. 2:18-cv-08518-RGK-AFM<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO RE-OPEN CASE AFTER BREACH OF SETTLEMENT AGREEMENT**<br><br>Hon. R. Gary Klausner<br>United States District Court Judge<br>**Hearing Date:** December 21, 2020<br>**Time:** 9:00 a.m.<br>**Courtroom:** 850, 255 E. Temple St., Los Angeles, CA 90012 |

THIS MATTER having come before the Court upon the Motion to Re-Open Case After Breach of Settlement Agreement (the "Motion") filed by The McArthur Law Firm, PC for Plaintiff Covves, LLC ("Plaintiff") and the Court having considered the

1

papers submitted in support and in opposition to the Motion and the arguments of counsel during the hearing occurring on January 11, 2021, and for good cause shown, the Court makes the following conclusions of law:

1.     This Court lacks jurisdiction to re-open this case properly dismissed by the Joint Stipulation of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  *See O'Connor v. Colvin*, 70 F.3d 530, 532 (9th Cir. 1995) ("When the initial action is dismissed, federal jurisdiction terminates."); *Harrison v. Rodreguez*, C.A. No. 1:18-cv-00525-DAD-JLT (PC), 2020 WL 4570062, at *4 (E.D. Cal. Aug. 7, 2020) ("[C]ourts have ancillary jurisdiction to enforce a settlement agreement only 'if the parties' obligation to comply with the terms of the settlement agreement ha[s] been made part of the order of dismissal—either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the settlement agreement in the order.") (quoting *K.C. ex rel. Erica C. v. Tolakson*, 762 F.3d 963, 967 (9th Cir. 2014)).

2.     This Court lacks jurisdiction to adjudicate Plaintiff's Fed. R. Civ. P. 60(b) claims.  *See Springfield v. Valencia*, C.A. No. 2:19-cv-00965-KJM-CKD P, 2020 WL 4035560, at *2 (E.D. Cal. July 17, 2020) ("[T]his court lacks jurisdiction over plaintiff's 60(b) motion because the settlement agreement did not include any provision that the court would retain jurisdiction over the matter….") (citing *Kokkonen*, 511 U.S. at 381-82).

3.     Notwithstanding the findings in Paragraph 2, Plaintiff has not met its burden to establish any entitlement to relief pursuant to Fed. R. Civ. P. 60(b)(1)-(6).

Accordingly, IT IS SO ORDERED and adjudged that Plaintiff's Motion is hereby DENIED, in its entirety.

Dated: _____, 2020

_____
HON. JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

2

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*

3
Case No.: 2:18-cv-08518-RGK-AFM

4

IT IS HEREBY CERTIFIED THAT:

5

6
     I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 1 Park Plaza, Twelfth

7
Floor, Irvine, CA 92614.  I am not a party to the above entitled action.

8

9
     I have caused service of the following documents, described as:

10
     [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO RE-OPEN CASE
          AFTER BREACH OF SETTLEMENT AGREEMENT

11

12
on the following parties by electronically filing the foregoing on December 7, 2020, with the Clerk of the District Court using its ECF System, which electronically

13
notifies them.

14
     Stephen C. McArthur          *Attorneys for Plaintiff*

15
     Thomas E. Dietrich

16
     THE MCARTHUR LAW FIRM, PC
     11400 W. OLYMPIC BLVD. SUITE 200

17
     LOS ANGELES, CA 90064

18

19
     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

20

21
Date:  December 7, 2020  *By:*  */s/ Caitlin C. Blanche*

22
                Caitlin C. Blanche

23

24

25

26

27

28