Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
**K&L Gates LLP**
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel: (949) 253-0900
Fax: (949) 253-0902

Christopher Centurelli
Jeffrey S. Patterson
Morgan T. Nickerson
Natasha C. Pereira
(Admitted *pro hac vice*)
**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DILLARD'S, INC. a Delaware Corporation;<br>KOHL'S CORPORATION, a Wisconsin Corporation;<br>SAKS & COMPANY LLC, a Delaware Corporation;<br>TARGET BRANDS, INC., a Minnesota Corporation;<br>EXPRESS, INC., a Delaware Corporation;<br>TILLY'S, INC., a Delaware Corporation;<br>NORDSTROM, INC., a Washington Corporation;<br>WEST MARINE, INC., a Delaware Corporation,<br>and<br>ZULILY, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:18-cv-08518-RGK-AFM<br><br>**DEFENDANTS DILLARD'S INC., KOHL'S CORPORATION, SAKS & COMPANY LLC, EXPRESS, INC., TILLY'S, INC., NORDSTROM, INC., WEST MARINE, INC., AND ZULILY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO RE-OPEN CASE AFTER BREACH OF SETTLEMENT AGREEMENT**<br><br>Hon. R. Gary Klausner<br>United States District Court Judge<br>**Hearing Date:** December 21, 2020<br>**Time:** 9:00 a.m.<br>**Courtroom:** 850, 255 E. Temple St., Los Angeles, CA 90012 |

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Dillards's Inc., Kohl's Corporation, Saks & Company LLC, Express, Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc. (collectively, the "Retail Defendants") submit this Opposition to Plaintiff Covves, LLC's ("Covves" or "Plaintiff") Motion to Re-open Case After Breach of Settlement Agreement (the "Motion").

Defendants oppose the Motion on the same grounds asserted by co-defendant Target Brands, Inc. ("Target") in its brief entitled Defendant Target Brands. Inc.'s Opposition to Plaintiff's Motion to Re-Open Case After Breach Of Settlement Agreement ("Target's Opposition") filed contemporaneously herewith. Defendants incorporate the entirely of Target's Opposition as if fully set forth herein and join Target's Opposition. Defendants file this brief to make two additional points for the Court's consideration in adjudicating the Motion.

First, none of the eight individual Retail Defendants are signatories to the Settlement Agreement and Release (the "Settlement Agreement"). As is clear from a review of the Settlement Agreement, the only signatories are Target, BigMouth Inc. and BigMouth LLC (collectively, "BigMouth"), and Covves. As a result, Covves' arguments that the "Defendants" in the Settlement Agreement "agreed to reopen the case if Bigmouth breached" is misplaced as to the Retail Defendants as it is undisputed that they never signed the Settlement Agreement. *See* Motion, at p. 4. Similarly, when Covves argues that the case should be re-opened under Rule 60(b) because "BigMouth's failure to pay settlement amounts owed has frustrated Covves from obtaining the benefit of the bargain with Defendants," (Motion, at p. 5) the "bargain" referenced is between Target, BigMouth, and Covves and does not involve the Retail Defendants. Thus, the entirety of Covves' Rule 60(b) argument again rings hollow as applied to the non-signatory Retail Defendants.

Second, even should the Court allow Covves' Motion, Covves and the Retail Defendants agree that the Retail Defendants should be dismissed from the case. In the

- 1 -

1  last section of its Motion, Covves argues that "If this Court agrees to grant Covves'
2  requested relief, Covves further asks that this case be reopened only as to Defendant
3  [Target]. Doing so will simplify the proceedings and streamline trial." Motion, at p. 5-
4  6. The Retail Defendants agree that should the case be re-opened that they should be
5  dismissed from the case. In situations like the present where the plaintiff requests
6  dismissal and defendants agree to the same, Fed. R. Civ. P. 41(a)(2) provides for
7  dismissal of the action via order of the Court. *See* Fed. R. Civ. P. 41(a)(2) ("an action
8  may be dismissed at the plaintiff's request only by court order, on terms that the court
9  considers proper."). Accordingly, should the Court re-open the case, the Retail
10 Defendants respectfully request that they be dismissed from the re-opened action in
11 accordance with Fed. R. Civ. P. 41(a)(2).

12 For the reasons set forth in Target's Opposition filed contemporaneously
13 herewith and for those explained above, the Retail Defendants respectfully request that
14 this Court deny Covves' Motion to Re-open Case After Breach of Settlement
15 Agreement. Should the Court allow Covves' Motion to Re-open Case After Breach of
16 Settlement Agreement, the Retail Defendants respectfully request that the Court dismiss
17 each of defendants Dillards's Inc., Kohl's Corporation, Saks & Company LLC, Express,
18 Inc., Tilly's, Inc., Nordstrom, Inc., West Marine, Inc., and Zulily, Inc. pursuant to its
19 authority under Fed. R. Civ. P. 41(a)(2) and for whatever relief the Court deems just
20 and proper.

22 *[Signature page follows]*

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED:   December 7, 2020 | K&L GATES LLP |

By */s/ Caitlin C. Blanche*
Caitlin C. Blanche (State Bar No. 254109)
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel: (949) 253-0900 / Fax: (949) 253-0902

Christopher Centurelli (*pro hac vice*)
Jeffrey S. Patterson (*pro hac vice*)
Morgan T. Nickerson (*pro hac vice*)
Natasha C. Pereira (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100 / Fax: (617) 261-3175

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
Case No.: 2:18-cv-08518-RGK-AFM

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 1 Park Plaza, Twelfth Floor, Irvine, CA 92614.  I am not a party to the above entitled action.

    I have caused service of the following documents, described as:

DEFENDANTS DILLARD'S, INC., KOHL'S CORPORATION, SAKS & COMPANY LLC, EXPRESS INC., TILLY'S, INC., NORDSTROM, INC., WEST MARINE, INC., AND ZULILY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO RE-OPEN CASE AFTER BREACH OF SETTLEMENT AGREEMENT

on the following parties by electronically filing the foregoing on December 1, 2020, with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Stephen C. McArthur                *Attorneys for Plaintiff*
    Thomas E. Dietrich
    THE MCARTHUR LAW FIRM, PC
    11400 W. OLYMPIC BLVD. SUITE 200
    LOS ANGELES, CA 90064

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  December 7, 2020    *By:*   */s/ Caitlin C. Blanche*
                                                     Caitlin C. Blanche