UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVVES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DILLARD'S, INC. a Delaware Corporation;<br>KOHL'S CORPORATION, a Wisconsin Corporation;<br>SAKS & COMPANY LLC., a Delaware Corporation;<br>TARGET BRANDS, INC. a Minnesota Corporation;<br>EXPRESS INC., a Delaware Corporation;<br>TILLY'S, INC. a Delaware Corporation;<br>NORDSTROM, INC., a Washington Corporation;<br>WEST MARINE, INC., a Delaware Corporation,<br>and<br>ZULILY, INC. a Delaware Corporation.<br><br>    Defendants. | Case No. 2:18-cv-08518-RGK-AFM<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF DECISION ON MOTION TO RE-OPEN CASE AFTER BREACH OF SETTLEMENT AGREEMENT**<br><br>Hon. R. Gary Klausner<br>United States District Court Judge<br>**Hearing Date:** March 1, 2021<br>**Time:** 9:00 a.m.<br>**Courtroom:** 850, 255 E. Temple St., Los Angeles, CA 90012 |

THIS MATTER having come before the Court upon the Motion For Reconsideration of Decision on Motion to Re-Open Case After Breach of Settlement Agreement (the "Motion") filed by The McArthur Law Firm, PC for Plaintiff Covves,

1

LLC ("Plaintiff") and the Court having considered the papers submitted in support of and in opposition to the Motion and the arguments of counsel during the hearing, and for good cause shown, the Court makes the following ruling:

The Motion fails to meet its burden in asking the Court to reconsider its ruling on the Motion to Re-open and, accordingly, IT IS SO ORDERED and adjudged that Plaintiff's Motion is hereby DENIED, in its entirety.

Dated: _____, 2021

_____
HON. JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER PLTF'S MOTION FOR RECONSIDERATION

CASE NO.: 2:18-CV-08518-RGK-AFM

# CERTIFICATE OF SERVICE

Case Name: *Covves, LLC v. Dillard's, Inc. et al.*
Case No.: 2:18-cv-08518-RGK-AFM

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 1 Park Plaza, Twelfth Floor, Irvine, CA 92614.  I am not a party to the above entitled action.

I have caused service of the following documents, described as:

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF DECISION ON MOTION TO RE-OPEN CASE AFTER BREACH OF SETTLEMENT AGREEMENT**

on the following parties by electronically filing the foregoing on February 8, 2021 with the Clerk of the District Court using its ECF System, which electronically notifies them.

Stephen C. McArthur                    *Attorneys for Plaintiff*
Thomas E. Dietrich
THE MCARTHUR LAW FIRM, PC
11400 W. OLYMPIC BLVD. SUITE 200
LOS ANGELES, CA 90064

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date:  February 8, 2021      By:   */s/ Caitlin C. Blanche*
                                    Caitlin C. Blanche

3