UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COVVES, LLC,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>TARGET BRANDS, INC., a Minnesota Corporation; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>BIGMOUTH INC., an Indiana Corporation; et al.,<br><br>        Defendants. | No. 21-55077<br><br>D.C. No. 2:18-cv-08518-RGK-AFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 21, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $34.30.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7